

| 1600 BROADWAY - SUITE 1200 - DENVER, COLORADO 80202 |

| Grand Junction Office: | TELEPHONE (303) 861-2800 | Harvey A. Steinberg |
| 101 SOUTH THIRD STREET, SUITE 265 | FACSIMILE (303) 832-7116 | hsteinberg@springersteinberg.com |
| GRAND JUNCTION, COLORADO 81501 | TOLL-FREE (877) 473-6004 | |
| | www.springersteinberg.com | |

January 4, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



      **Re:**    *United States v. Tomer Osovitzki*, **19-mj-04557 (UA)**

Dear Judge Failla:

      Counsel for the Defendant, Tomer Osovitzki, respectfully submits this letter to request an adjournment of the Motions Hearing scheduled on Friday, January 8, 2021.

      Due to complications caused by COVID-19, Counsel for Mr. Osovitzki is not able to appear for the hearing scheduled this Friday because multiple cases have been rescheduled to take place on the same day and time. After discussing these complications with opposing counsel, Assistant United States Attorney Jeffrey Coffman advised that the government does not oppose an adjournment of this matter. Counsel for both parties agree that they can be available at any time on January 26, 2021, if that date is agreeable to the Court.

      As such, Counsel for Mr. Osovitzki requests that the Court grant an adjournment of the Motions Hearing to Tuesday, January 26, 2021 and to allow the parties to appear virtually for the hearing.

      Respectfully submitted,

      By: */s/ Harvey A. Steinberg*
          Harvey A. Steinberg
          Attorney for Tomer Osovitzki

Cc:    AUSA Jeffrey Coffman
       Jeffrey.Coffman@usdoj.gov

Application GRANTED. The hearing scheduled for January 8, 2021, is hereby ADJOURNED to January 28, 2021, at 11:00 a.m. The hearing will take place by telephone conference. The dial-in information is as follows: At 11:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

Dated:     January 6, 2021              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE