

| | | |
|---|---|---|
| | **1600 BROADWAY - SUITE 1200 - DENVER, COLORADO 80202** | |
| Grand Junction Office: | TELEPHONE (303) 861-2800 | Harvey A. Steinberg |
| 101 SOUTH THIRD STREET, SUITE 265 | FACSIMILE (303) 832-7116 | hsteinberg@springersteinberg.com |
| GRAND JUNCTION, COLORADO 81501 | TOLL-FREE (877) 473-6004 | |
| | www.springersteinberg.com | |

March 1, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:     *United States v. Tomer Osovitzki*, 19-cr-00794 (KPF)

Dear Judge Failla:

      Counsel for the Defendant, Tomer Osovitzki, respectfully submits this letter as a request to appear virtually for the upcoming status hearing scheduled on March 11, 2021, at 11:00 a.m.

      During the last conference, this Honorable Court granted Mr. Osovitzki's request to remain in Toronto, Canada until the matter was revisited at the next hearing. In addition, the Court noted that the parties may petition to appear virtually for the status conference as the date approached. Given the status of the global pandemic and travel arrangements which will need to be scheduled, Defense Counsel and Mr. Osovitzki both wish to appear virtually at this time. Mr. Osovitzki has included a signed written consent form to appear by video as an attachment to this request.

      Sincerely,

DocuSigned by:
*Harvey Steinberg*
A3323A0073F0432...
Harvey A. Steinberg

Application GRANTED.  The status conference scheduled for March 11, 2021, at 11:00 a.m., is hereby CONVERTED to a video proceeding.  Instructions for accessing the videoconference will be shared in advance of the hearing.

Additionally, it appears that Mr. Osovitzki's consent form was inadvertently omitted from the above submission.  The Court requests that Mr. Osovitzki file his consent form in advance of next week's conference.

Dated:     March 3, 2021                SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE