March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -v-

Tomer Osovitzki            ,
                      Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__19__-CR-__00794__(__KPF__)(__2__)

Defendant __Tomer Osovitzki__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Tomer Osovitzki**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Harvey A. Steinberg**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

March 11, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge