

| 1600 BROADWAY - SUITE 1200 - DENVER, COLORADO 80202 |

Grand Junction Office:  
101 SOUTH THIRD STREET, SUITE 265  
GRAND JUNCTION, COLORADO 81501

TELEPHONE (303) 861-2800  
FACSIMILE (303) 832-7116  
TOLL-FREE (877) 473-6004  
www.springersteinberg.com

Harvey A. Steinberg  
hsteinberg@springersteinberg.com

April 21, 2021

The Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007



Re:   *United States v. Tomer Osovitzki*, 19-cr-00794 (KPF)

Dear Judge Failla:

  Counsel for the Defendant, Tomer Osovitzki, respectfully submits this letter as a request to appear virtually for the upcoming status hearing scheduled on April 29, 2021, at 11:00 a.m.

  During the last conference, this Honorable Court noted that the parties may petition to appear virtually for the status conference as the date approached. Given the status of the global pandemic and travel arrangements which will need to be scheduled, Defense Counsel and Mr. Osovitzki both wish to appear virtually at this time. Mr. Osovitzki has included a signed written consent form to appear by video as an attachment to this request.

                Sincerely,

                *Harvey Steinberg*  
                Harvey A. Steinberg

Application GRANTED.  The conference scheduled for April 29, 2021, at 11:00 a.m., will proceed by video.  Instructions for accessing the conference will be provided separately.

Dated:    April 21, 2021  
    New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE