UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>TOMER OSOVITZKI,<br><br>                    Defendant. | 19 Cr. 794-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on June 25, 2021, it is hereby ORDERED that the following trial schedule will be in effect as to Defendant Tomer Osovitzki:

- Trial will commence on **April 18, 2022, at 9:00 a.m.**;

- The parties respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **March 21, 2022**;

- Any opposition papers to motions *in limine* will be due **March 28, 2022**; and

- The final pretrial conference will be scheduled for **April 5, 2022, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: June 25, 2021
       New York, New York

*Katherine Polk Failla*
————————————————
KATHERINE POLK FAILLA
United States District Judge