DocuSign Envelope ID: 08E006F1-8BEB-4FFC-A682-325E92E2AD0B

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

Tomer Osovitzki            ,
                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

19 -CR- 00794 (KPF) (2)

Defendant __Tomer Osovitzki_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defense Counsel's Signature

## Tomer Osovitzki

Print Defendant's Name

## Harvey A. Steinberg

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__6/25/2021_____

Date

U.S. District Judge/U.S. Magistrate Judge