**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

December 21, 2021

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



**BY ECF**

Re:   United States v. Tomer Osovitzki
      19 Cr.794 (KPF)

Dear Judge Failla:

As the Court is aware, defendant Tomer Osovitzki ("Ososvitzki") is on release pursuant to a bond that contains numerous conditions including travel restrictions. By this letter, Osovitzki respectfully requests that his travel restrictions be modified to permit him travel to the Southern District of New York to meet with his attorney so long as he obtains prior permission from Pretrial Services. The government, by Assistant United States Attorney Jeffrey Coffman, and Pretrial Services, by United States Probation Officer Nora Heredia-Burgos (the person charged with Osovitzki's supervision in the Southern District of Florida) consent to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Jeffrey Coffman (by ECF)
      AUSA Micah Fergenson (by ECF)
      USPO Nora Heredia-Burgos (by email)

Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket number 101.

Dated:      December 21, 2021          SO ORDERED.
            New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE