**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

January 13, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**BY ECF**

                Re:    <u>United States v. Tomer Osovitzki</u>
                         19 Cr. 794 (KPF)

Dear Judge Failla:

      Defendant Tomer Osovitzki's ("Ososvitzki") grandmother passed away approximately 30 days ago in Israel. At the time of her death, Osovitzki was prepared to apply to the Court for permission to travel to Israel for the funeral with the support of Pretrial Services ("PTS") and the government. However the COVID resurgence and the shortness of time rendered the application moot and motion was not made. On January 25, 2022, the unveiling ceremony for Osovitzki's grandmother will take place. By this letter, defendant respectfully requests permission to travel to Israel to attend the ceremony. If this application is granted, Osovitzki would leave as close to possible on January 21, 2022 and return no later than January 28, 2022 depending on the availability of flights. He will stay with family in the town where his grandmother is buried. Specifics on defendant's proposed itinerary have been provided to the government and PTS and will continue to be updated (mostly regarding flight information) should this application be granted.

      Due to the COVID resurgence, in order to travel into, and out of, Israel, Osovitzki's would need to use his Israeli passport. The government has informed me that the passport is in the possession of the FBI. As a result, defendant also respectfully requests that the FBI be permitted to temporarily provide him with his passport for this travel. The passport will be returned to the FBI immediately upon his return.

      Osovitzki has been on supervised release for the nearly two and a half years. During that time, he has been in full compliance with all of the conditions of his release. The

government, by Assistant United States Attorney Jeffrey Coffman takes no position, and PTS, by United States Pretrial Officer Josh Rothman, defers to the government, as is their policy regarding international travel, as to these applications.

        Thank you for Your Honor's consideration of these requests.

        Very truly yours

*Sanford Talkin*

Sanford Talkin

cc:    AUSA Jeffrey Coffman (by ECF)
        AUSA Micah Fergenson (by ECF)
        USPTS Josh Rothman (by email)
        USPO Nora Heredia-Burgos (by email)

```
Application DENIED.  The Court's thoughts are with Mr. Osovistki
and his family during this challenging time.  Even so, the Court
is mindful of the unreliability inherent in international travel
at this time.

Dated:    January 14, 2022              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE