UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

TOMER OSOVITZKI,

Defendant.

19 Cr. 794-2 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

Trial in this matter is scheduled to begin on **September 12, 2022, at 9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are hereby ORDERED to exchange drafts of their portions of the Joint Pretrial Order by no later than **August 8, 2022**.  The parties are further ORDERED to file the Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and any pretrial memoranda of law by **August 15, 2022**. Any opposition papers shall be filed by **August 22, 2022**.  Additionally, the parties are ORDERED to appear for a final pretrial conference will be scheduled for **September 7, 2022, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   April 5, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge