UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 794-2 (KPF) |
| TOMER OSOVITZKI, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change of plea hearing on **June 23, 2022, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: June 16, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge