**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

September 7, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



**BY ECF**

        Re:    United States v. Tomer Osovitzki
                19 Cr.794 (KPF)

Dear Judge Failla:

      As the Court is aware, defendant Tomer Osovitzki ("Ososvitzki") is on release pursuant to a bond that contains numerous conditions including travel restrictions. By this letter, Osovitzki respectfully requests permission to travel to Orlando, Florida for a vacation with his daughter from September 15, 2022 through September 18, 2022. In the event that this motion is granted, defendant will provide Pretrial Services with a detailed itinerary prior to his departure. The government, by Assistant United States Attorney Jeffrey Coffman, takes no position on this application. Pretrial Services, by United States Probation Officer Nora Heredia-Burgos (the person charged with Osovitzki's supervision in the Southern District of Florida) states that "defendant appears compliant with his conditions of bond and that the USPO takes no position as to this request."

      Thank you for Your Honor's consideration of this application.

                                Very truly yours

                                *Sanford Talkin*
                                Sanford Talkin

cc:    AUSA Jeffrey Coffman (by ECF)
        AUSA Micah Fergenson (by ECF)
        USPO Nora Heredia-Burgos (by email)

Application GRANTED.  Defendant is directed to provide Pretrial Services with a detailed itinerary prior to his departure.

Dated:     September 7, 2022         SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE