

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**MEMO ENDORSED**

October 13, 2022

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States* v. *Tomer Osovitzki*, S1 19 Cr. 794 (KPF)

Dear Judge Failla:

      The Government respectfully submits this letter to update the Court on the status of the parties' ongoing efforts to minimize the issues that remain in dispute, and to request that sentencing be adjourned approximately 60 days. The defendant, by counsel, Sanford Talkin and Noam Greenspan, joins in this request.

      The parties have reached agreement on most substantive issues, as set forth in the plea agreement. More recently, the parties have reached agreement on several issues relating to restitution. However, some restitution issues remain unresolved. Several victims have been reimbursed, in part or in full, including in recent weeks. The Government has requested and received additional information and supporting documentation from several victims, including information regarding unreimbursed losses. Last week the Government received an affidavit from the victim that suffered the largest loss, summarizing losses stemming from numerous transactions involving several credit cards held in multiple individuals' names, relating to transactions with a number of merchants. The Government has provided these materials to the defendant's counsel, who continue to diligently review them.

      Yesterday, the parties discussed additional information that may enable the parties to reach agreement on a substantial portion of the remaining matters in dispute. The Government has requested this information from the victims at issue.

      The parties have discussed the estimated length of sentencing should argument and/or testimony be required for issues that remain in dispute, and believe that no longer than approximately two hours will be necessary.

Honorable Katherine Polk Failla
Page 2

    Accordingly, the parties respectfully request that the Court adjourn the defendant's sentencing approximately 60 days, and that the Court extend the deadline for the Probation Office's filing of the revised Presentence Investigation Report to 30 days prior to sentencing.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney
                                  Southern District of New York

                  By:   */s/ Jeffrey C. Coffman*
                          Jeffrey C. Coffman
                          Assistant United States Attorney
                          Tel: (914) 993-1940

Cc:   Sanford Talkin, Esq.
      Noam Greenspan, Esq.
      By ECF

      Paul Hay
      USPO Specialist
      Paul_Hay@nysp.uscourts.gov

```
Application GRANTED.  The sentencing initially scheduled for
October 27, 2022, is hereby ADJOURNED to January 4, 2023, at 3:00
p.m.  Accordingly, the Court hereby extends the deadline for the
Probation Office's filing of the revised Presentence
Investigation Report to December 5, 2022.


Dated:      October 14, 2022                SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE