**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

December 20, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



**BY ECF**

Re:   United States v. Tomer Osovitzki
      19 Cr. 794 (KPF)

Dear Judge Failla:

      Defendant Tomer Osovitzki ("Ososvitzki") is scheduled to be sentenced by the Court on January 4, 2023. As a result, Osovitski's sentencing memorandum is due tomorrow, December 21, 2022. By this letter, we respectfully requests a one day extension of the filing deadline to December 22, 2022 and that the sentencing hearing remain on January 4, 2023. Many letters of support were only recently received and this timing condensed our time frame for preparing the memorandum. As the parties have successfully resolved both legal and factual issues, Osovitzki's sentencing submission is largely focused on the 18 U.S.C § 3553(a) factors and there are no objections to the Guidelines calculation. The extra day will enable us to incorporate more information into the memorandum and alleviate resource pressures created by other cases and scheduling issues. The government, by Assistant United States Attorney Jeffrey Coffman, consents to this application

      Thank you for Your Honor's consideration of this request.

Very truly yours

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jeffrey Coffman (by ECF)

```
Application GRANTED.

Dated:   December 20, 2022
         New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE