The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is Tomer Osovitzki, I am 45 years old. I want to start off by saying that I am sorry, I am sorry for the harm that I have caused my family and loved ones, bust most of all I am sorry to those clients and vendors I hurt with my criminal actions. Clients trusted me with their credit card information in their business and I broke their trust, I regret those actions and I vow that nothing like this will happen again. This is not the person I was raised to be nor the person I ever was or am.

Being raised in a traditional family in Canada, I grew up with the outmost importance of moral ethics, honesty, and respect. I have always been the one person with the extending hand, respect for elders, respect my community, respect authority, and always respect the law. I failed not only myself, but I have failed the people around me. I got involved in the family business in 1993, helping my parents at 16 years of age through difficult times, working weekends at their travel agency. Years went by and after completing my education and some college, I joined the travel company full time as a consultant selling vacation travel. In time, I had managed to build myself a loyal client base booking their vacations. With my hard work and dedication to these clients, they began to refer me to corporations which gave me new opportunities, and now I found myself managing large corporate travel programs. I had done this on my own for a few years, and slowly began to build a division within my parent's organization, that solely dealt with Corporate Travel. The company grew for many years, I was respected in the industry for my professionalism, honesty, and dedication by my many staff by this point, clients, and vendors. While the company was growing, living in Canada, I had been married and had 2 kids by the age of 27. In 2007 my wife and I decided to move to Florida, to join my parents who had recently moved as well. Our business in Canada was running smoothly, therefore we made the move. I would travel to Canada every 2 weeks for work, at the same building the foundation of a US office. Using the same ideologies by which we succeeded in Canada, we brought them forward to the US and did phenomenal. Our client base quickly grew, we dealt with many large corporations, received numerous awards of recognition, ample publications/articles, and always receiving references from our current clients to many CEO's and other companies. We really were a hard-working family! Caring for our clients, employees and considering them family to us. Over the next few years, while my entire extended family was part of the business, and everyone worked hand in hand to only succeed my wife and I had 2 more kids and settled comfortably in Florida making it our home. We were

very involved in the community and always raised our kids with the same morals and values that were taught to us.

In 2016 we had already 6 offices globally and the travel company was running smoothly, there was really no need for anything else at that point. We were all happy and living a very humble and respectful life. The business had over 100 employees at this point, our clientele was prestigious, in the sense of, sought after clients in the corporate world. Some of our clients were on payment terms which they paid on time, and some paid by credit cards and I never found myself in a situation where we would need to chase a client for outstanding funds. This was the nature of our business. During that time many of our clients had requested private jets, which was a new niche for us, and it started to become ongoing. We then decided to expand our company and have a division which solely dealt in the private aviation sector. We invested some money to get the company started with marketing and hired a couple individuals who were more familiar with the industry.

This company was formed to mostly service our existing clientele, but very quickly that changed. The company began to attract attention to a business sector I had never been part or familiar with. We were recognized in the sporting industry but here this was not sports, this was Hollywood, and I was naïve and oblivious and mostly "blinded by the limelight". I can only blame myself, for my actions. My world began to fall apart, because of my judgements, for someone who never touched any drugs, or excessively drink or even party, I became that person. As a teenager, I never "partied" I met my wife at age 19 got married at age 23 and always was a put together individual. My goal and definition of success was having stable income, married with kids and happy home. In a matter of 18 months, I managed to ruin everything around me, I had resorted to heavy drug use, I often was in the presence of many big Hollywood names, and I neglected my true moral values, and it was during this time that began misusing credits cards. My world fell apart before my eyes and I was too ignorant and irresponsible to stop it. My mind was in a daze. My family saw that I was uncontrollable, my wife told me to leave the house, my parents had fired me from the business, my entire circle of friends and family was fighting to save me, as my behavior was a side of me never seen before, and they knew something was wrong.

On May 23rd, 2019, I was arrested, as sad as it is to say, that day my life was saved! In no world would I have survived much longer in the lifestyle I was leading. Being used to provide credit facilities to client I never imagined that people would not pay for the services I provided, leaving me with huge amount of debt. I got scared, I was concerned for the 80-100 employees that relied on their salaries to feed their families and I wanted to save my business. It was at that point that I made the regrettable decision to misuse credit cards, which I knew even then to be wrong and now appreciate even more the magnitude of my error.

Honorable Judge Failla, Other than this case, I have always been and always will be a law-abiding citizen. I committed a crime, I never thought about that it would hurt anyone, and I understand my actions were wrong, and I have been paying the price of my actions ever since.

Knowing what I did was wrong I took actions to sell all my assets and mortgage my home to pay the vendors or credit card. The reason for my action was not that I was trying to support my lifestyle it was to allow my business to survive. As a result, my families assets diminished as the assets we owned were promptly used to pay any creditor. My fraud was to save the business and the employees, I am by no means excusing myself, merely just trying to explain my story.

Over the last 3 ½ years, going through ample amount of emails for my case, I do not recognize the person, who was me, that wrote those emails, behaved in such an erratic way, my tone to my loved ones is unrecognizable, I reflect back and it's a blur, I truly don't know how I got myself, the person that I am with so much pride, dignity and respect to others to such a spot of shame. Over the last few years and since my arrest I have had the opportunity to reflect on my wrong doing, and committing myself to the community on a regular basis, I have volunteered my time with organizations to help feed the less fortunate, I take religious studies once a week, and During the Champlain Building collapse in Surfside Florida, I assisted in getting supplies, including food and clothing to the rescue team and to the displaced homeowners. At Jafco, which is an orphanage I volunteer my time on a weekly basis wherever is needed and have recruited my children at times to take part. These are things that I have always been part of, I was raised to give back, wherever there is the need.

Your Honor, I am a father of 4 beautiful, respectful, and well raised girls, with moral values and ethics. They are my absolute light of my life; this entire ordeal has taken a toll on them and on my family. I am absolutely sorry and ashamed by my actions which have so greatly impacted them. I've have had 3 ½ years to reflect and rehabilitate I know I am a changed man today; I am a better version of whom I am known and recognized to be. Last year I lost my grandmother to whom I was very close to and raised me like a mother, my grandfather is 92 and is anxious about my case, as he very well knows that I am a true and honest individual who truly for that short period of time of my life was led with misjudgment. I pray for the opportunity to see him again as he lives in Canada. My health has deteriorated significantly from losing my home, my marriage, and my career. I plead that you judge me based on my entire life, the person who I truly am, an avid member of society and one that can only contribute and not cause harm. I know I have become a better person and one that can only do morally right moving forward and a contributing asset to society. There is not a day that goes by that I don't think about my actions, the victims, and the remorse that I feel towards the individuals I have hurt on every level. Despite my actions in this case, I never would dare nor have it in me to cheat or steal from anyone. I continue to live in shame, embarrassment, deep sorrow, and regret to everyone affected. I have learned the hard lesson of life and the graciousness of honesty, and that is my virtue in leading myself for the rest of my life.

Sincerely Yours,

Tomer Osovitzki