The Honorable Katherine

Thurgood Marshall

United Stata Courthouse

40 Foley Square

New York, NY 10007


Dear Judge, Fallia,


My name is Galia, and I am the mother of Tomer.

I have been in the travel industry since 1974, soon as I completed my military duty.

I got married in Israel and then moved to Toronto, Canada where I raised my kids in humble and safe surroundings.

Since his childhood, my first born, Tomer, was and still is the most caring, genuine man that I have ever met. This does not come solely from a mother's point of view. Having heard it from so many family members, friends, colleagues, and just ordinary people that met him in life, I allow myself to repeat them. Tomer is a very likable and respected gentleman.

As a mother, I felt blessed to have Tomer as a son, he was not only a very caring and **loving** person as a son, but always would accommodate anyone that needed help.

In his generation, he always stood out with his care for his grandparent's, parents and any elderly people in his family, circle of friends and even strangers. Always giving to the needy with mostly attention and when he could financially as well.

Tamer's personality can be described as over trusting since childhood. In a way I would say Naive and inexperienced with "Certain crowds".

Growing up in the suburbs of Toronto, he never needed to use any suspicious senses.

Drugs and alcohol were never in his surroundings. As his parents, we didn't have any issues raising him as a child or in his teenage years, it was a pleasure to raise him. We never had issues with teachers or counselors. On the Contrary, Tomer was always an independent, and hardworking individual since his youth. He would work on weekends and after hours. There was very little time for friends and social life, it's in his nature, he loved working. Between an ice cream store or at our Travel Agency that he used to run on the weekends and serve clients with our supervision, he was learning how to take responsibilities with very little issues. Since he was a kid, he was hands-on with any tasks he was given, always worried that things would be done properly and right.

In his early twenties, he got married to a very sweet and proper young lady and then joined the family business full time after successfully attending few courses in North York university (Toronto university). He had a vision to open a corporate deviation to our leisure and tours agency.

For the last 18 years prior to this incident, Tomer earned the title of CEO with extremely demanding work and schedule which was days and nights. He worked directly with the clients and the VIP's of the corporations. As a CEO he was serving all CEO'S and their high-profile executives, to prove his commitment to the clients as he didn't want to risk losing clients to mistakes.

During the years he had approximately five assistants that adopted his way of servicing these clients and with them he managed to ease himself with this high-profile clientele while the rest of the company's employees dealt with our agents that he trained and demanded that service must be AAA and nothing less.

During the years all his assistants were promoted and became heads of departments in CTMS, they were one by one very professional and reliable ladies whom I would trust with any key issues.

Since 1998 when he opened the corporate department, he started to hire employees which were so devoted to the job and to his way of managing. He always treated them as his own family.

Working in the Travel industry we all were working for years under extremely strict rules and regulations by the airlines. For four decades, and two decades that Tomer was the CEO, we never had any issues with client's, airlines, or credit card companies. On the contrary, Airlines were looking to work with him. Clients were pouring in like rain, as Tomer took the company to a completely different level. He was an honest and likeable guy by all the Airlines and the Corporate companies. A responsible worker that never abandoned a corporate client or any client anywhere in the world. that needed to come back home asap.

In Canada, the 500-profit magazine {Canadian Forbes) and few other Canadian respectful magazines interviewed him and had articles about CTMS often.

Air Canada awarded the company and him with "Circle of Excellence award" and CTMS was the fourth producer in Canada for the major Canadian Airline. He was invited to one-on-one Canadian business TV interviews.

Financially Tomer was well off. Confidently said he was working around the clock 24/7 and sleeping with his phones. He was the running engine for the last 20 years. The company and himself had a perfect financial situation, CTMS/Payless was the bread and butter to over 80 employees if not more, Including my elderly mother, two sisters, their Husbands, sons, and my husband's brother's two sons in law.

For 20 years in our family business, Tomer was the head arrow of our business and family. Always had time for everyone with a lot of patience and never neglected anyone.

I never liked to show off the man I call my son but the way that people used to come to me and say "God bless Tomer, what a guy, what a soul". I was proud to have raised someone like that.

In 2007 we decided to move to South Florida and open an office creating a US location to the Canadian operation, hiring agents from our circle of friends which are people that we can trust.

Life was good as usual, still working hard and having my boys around me, my husband and I. could not have asked for anything better.

Once again, Tomer brought this location to a great success.

A few years later with six locations, Tomer decided to add a different niche to CTMS and opened a private jet company to service our clients high demand for jets.

At that time, Jetlux was all over social media, we had a lot of attention from all kinds of celebrities and high-profile people, calling our office constantly. one even came to our office to visit. For me it looked very odd, why an Oscars winner would come to visit our office in Miami and be available to our employees to take pictures and chat, unless they had another interest in the back of their mind. My mind was telling me that something is not right happening here and apparently, I wasn't wrong. Between celebrities', management's agents, calling Tomer and inviting him to places, he thought it was an amazing opportunity to do business with them, but it was a one-way business deal. They would be using the services and never thought to pay the bills.

Around the same time on his business trips to LA, he was invited to parties in these celebrities' mansions. Of course, he was flattered that high profile celebrities were inviting him to their homes, but he put aside the fact that some people have other intentions that he should beware of. After months passed, there were no payment's made.

Soon enough he realized that he was being fooled by very shady people of Hollywood. He was an easy target at that time, and they filled him with empty promises.

That's when we started to see him deteriorating.

Tomer in his nature has a na'fve personality and did not realize he could get addicted, And it could take him to black hole. He was giving these people flights without paying upfront and never thought it will haunt him one day. It destroyed his soul, destroyed the company's financial situation, emptied the company cashflow and our family savings of years of hard work. We had no choice but to let some good hard-working employees go. These "Celebrity Clients" destroyed our sanity.

Just to inform CTMS always had clients that would go 30 to 60 or even 90 days with having a high balance owed and never had issues with payment, Tomer thought it was okay to not get worried when his new clients did not pay quick enough.

As hard as it was as parents and the owners of the companies, we decided to separate the two companies CTMS and Jetlux legally. After 20 years of hard work, Tomer was fired from CTMS.

We didn't like what we saw and realized we are dealing with something that we do not have any knowledge or experience and needed help. Between hiring a private investigator and meeting with his physician and other professionals that recommended to speak to a rehab specialist.

I never had any knowledge in the drugs field, his behavior scared me. Years ago, we had an experience with the passing of two family members from Jacob Creutzfeldt disease, I thought that might be the case. He had confusion and verbally aggressive behavior which was completely not his character.

I felt as if I had "lost" my son.

He was nowhere to be found, mentally and physically. Sleeping all day. On the days I did

manage to locate him, he wasn't in his right mind.

Few months later into this situation, there was some improvement. He realized the mess the company and him went into and he worked to untangle it with his civil lawyer.

Slowly he was coming back to himself. His good nature was trying to bring him to normality. The funds however still never arrived from the "high profile clients," and the vendors didn't stop calling. Lawsuits were knocking on our door daily. He had to sell his three properties in Toronto and open all his savings and started paying the victims one by one until the situation became a little bit better. He was in right direction and then the arrest happened.

An incredibly sad combination of bad surrounding and bad clients pulled him into drugs and alcohol. He is ashamed of how he was sucked into this shameful situation.

In my wildest dream I would never think that one day we would be in this horror movie. This is not him or us or any people that we associated with.

I know Tomer, and I know if he were in his right mind, he would have never acted the way he did, that is not the person I raised and that is not the person Tomer is known to be.

Tomer is an amazing father to four girls that adore him, amazing brother, son, grandson, nephew, and friend. Today he is back to his normality in all matters completely and happily rehabilitated. I can truly say I gained my son back!

I still have this dark cloud over my head as worried loving mother, hopefully time will improve that.

Tomer is not a criminal or a thief. He was always contributing to the people around him and to society. He deserves a second chance.

As I told Mr. Coffman We come from a small-town in Israel, very proper hard-working families with few army colonels, lawyers' doctors. Our record for the last five generations was completely clean and this is not us.

Your Honor, I am asking and pleading with you to please consider Tomer as the person he truly is, he is really somebody that deserves a second chance, and only can do good for communities. I thank you for taking the time to read my letter.


Sincerely yours,

Galia Osovitzki

Yair Osovitzki

20191 E Country Club Dr Apt 1907 Aventura, Florida. 33180 Cell: 305-401-5542

Nov 29, 2022

The Honorable Katherine Polk Failla

Thurgood Marshall

United States Courthouse

40 Foley Square, New York, NY 10007

Dear Judge Failla,

I am Yair, Tomer's father, the proudest father a father can be. When Tomer was born We gave him this name and this name translated to a Palm tree. I knew back then that this name will describe Tomer best. Palm trees are known to be strong, improve air quality and help to improve its surrounding. As a son of holocaust survivors, I can say that Tomer brought a huge pride to our family. Since childhood Tomer was our family pride. Always full of love, honesty, attention, care and the list can go on and on.

Growing up in Canada for Tomer's first 29 years we had a very warm family atmosphere and he had great school education. At the age of 10 Tomer used to clean and do other chores in our house after school while my wife and I worked full time. That's how Tomer is, always eager to help. In his teenage years after school hours and on weekends Tomer helped us with our new travel business.

Tomer's teenage years was on an easy task for us. He really showed us maturity and I didn't experience difficult teenage years with Tomer as it happens in many more families. In High school Tomer was involved in many after school programs like sport and other programs. The days that Tomer was free, evenings and weekends he helped us in our business and at home taking care of his younger brother. Tomer was very attached to his grandparents (Galia's parents) that still the grandfather resides in Canada at the age of 92 and the grandmother passed away at the age of 90 last year.

Later in the years Tomer joined our family travel business and to his credit he was very successful taking the business to a better and very respectful travel winning "profit 500" award, a well-known Canadian Corporation reward. At the age of 24 Tomer got married and in the upcoming years him and his wife brought to this world 4 amazing girls.

Continuing our family business and our good family respect and atmosphere a decision came by the entire family to relocate to Florida in 2007 due to the weather change that we all were looking for. The business grew a lot, and we opened our location in Miami. Tomer was doing amazingly good business with a lot honesty, dedication and reliability. For over 12 years he worked with such devotion by getting new business to our office, but he proved to be over his head and naïve enough to fall into I would say a big Shark net. Tomer was misled with promises by well-known people that never came alive and took him to a big, deep and wavy ocean where nobody could see or hear his yelling for help and in my worst dreams I would not associate Tomer with any bad issues.

Tomer has amazing qualities. He is a wonderful, caring and lovable father to his 4 beautiful girls that adore him. Tomer has always engaged with the community where he lives and is caring to everyone he encounters with.

Respectfully yours,

Yair Osovitzki, father

11/11/2022

The Honorable Katherine Polk Failla Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is  Osovitzki, and I am the fourth daughter of
Tomer I am the smallest of my sisters.

Although I am 12 years old and he still calls me his baby.
My favorite thing about my dad is that he always makes
sure that I am happy and that my big sisters are nice to
me. He is always kind and caring to everyone and he's
also fun and funny too. I love spending time with him and I
am so lucky to have the best dad ever! My favorite thing to
do with my dad is when we play games and he teaches
me my math homework that I don't understand. We also
love to play basketball together. I make wishes every night
that my dad will be able to be with me every day and to
never have any problems. Thank you for reading my letter
and for caring about my family.

Respectfully,
Osovitzki



The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

11/

Dear Judge Failla,
My father, Tomer Osovitzki, is not only a caring and generous person, but he is also my role model and someone I look up to the most. My name is  Osovitzki, I am 14 years old and I am Tomer's third daughter. Growing up my dad taught me so many lessons that I have recently realized changed my life. For example, he always taught me to give as much as I can. He showed me my way through adolescence and how I have to look at life. Although I'm still young and only fourteen, I always understood how to behave myself and act in the ways of my dad.

My dad is the most considerate and respectful person I've met in my life. My dad always puts others before himself and never fails to help people who are in need. Anytime someone needed a place to stay he was the first person to always welcome them and let them feel at home. He has taught me how to never judge someone until you get to know them and how mistakes happen in life. Growing up I didn't realize how much of a privilege I had knowing there was food in the pantry and a roof over our heads. I know if I ever needed anything he is someone I can count on. He guides me more every day and made me into the person I am today.

The bond between a father and daughter is special. my dad, my three sisters, and my relationship with him is something I'm extremely grateful for. The happiness of my family and me is his top priority, even at his toughest times. With three sisters, he always made sure to treat us all like we were special. He adores us all so much and never fails to put a smile on our faces. He always provides the best care for us. My Dad constantly puts us first and gives anything and everything up for us. He always looks out for us in every situation. He is constantly smiling and even if he isn't in the best mood that day, he makes sure that he's still smiling and tells us everything is okay even if it isn't.

I could go on and on about how amazing my dad is for hours, and I honestly don't know what I would do without him. I love him so much and I could never ask for a better father than him. He's the shoulder I could cry on and an amazing listener. He taught me how to face and overcome all of life's challenges. He taught me how to be motivated, hardworking, and strong in life. He is the person I call first thing in the morning and the last person I talk to before going to bed. I can't go to sleep until I'm sure he's sent me a goodnight message.

No matter how long I write I can never stop writing about how amazing he is. He's the most humble, generous, incredible, and selfless person I've ever met. Not one time in my life has I ever not been thankful for my dad. I'm hoping you see the real person my father Tomer osovitzki is. I appreciate you taking the time to read this and having sympathy for my family.

Respectfully,
 Osovitzki

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
11/30/22

Dear Judge Failla,

Let me first start by saying, Tomer Osovitzki, other than being the most amazing dad in the world, is probably the most kind hearted, generous, and selfless person I know. Throughout my whole life, my dad has been my rock and my best friend. Everyone around me always tells me how lucky I am to have a dad like mine and how grateful I should be for him. I thank god every day that my dad and I have such a strong bond because I would feel empty without him in my life. Even a day without him feels like too much time away. He checks up on me constantly just to make sure I'm having a good day because if he doesn't know his loved ones are doing well, he isn't complete and that's one thing I love about him. At night, he never misses a "good night, I love you" text and it's so special to me. He puts everyone's needs and happiness before his own. Growing up, I could see how hardworking my dad is and he doesn't just do it for him, but for the sake of his family. Whenever things got tough financially I would worry for him and ask him about it and he would always say, "I would eat a piece of bread with butter everyday just to make sure you can get what you need". He always wants to make sure that others are okay and have what they need and if they don't, he will work day and night to make it happen. Seeing him struggle really hurts me because whenever I struggle, he knows what to do and what to say to make anything better. He turns the situation from something I think will never get better to something I can develop hope for only with his help. He always tells me that everything will be okay even when I know it will take a while to get there. He always gives me hope when I don't have any. His happiness is mine and mine is his. Even when he isn't having the best day, he will still come to me with a smile because he doesn't want me to worry. He helps me with everything I need even when it comes down to the smallest piece of advice. To me he is more than just a dad, he is my world. I feel so lucky that I can say these things about my dad because I know many can't. My dad is so grateful for everything he has in his life, he is an amazing son to his parents and makes sure that with whatever hardships they face, they are taken care of. He checks up on his grandpa that lives in Toronto even when it is hard to communicate. He makes sure that if someone has nobody there for them, he will be that person and he has always been that way. I love my dad so much it is unexplainable and I pray that everything will be okay just like he has taught me to go by. Thank you so much for taking your time to read this letter that comes from the bottom of my heart. With this, I hope you can see the type of person my dad, Tomer Osovitzki is.

Respectfully,
Shiri Osovitzki

11/25/2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

Tomer Osovitzki is my dad, or as I like to call him Aba. I am his eldest of four daughters, and over the course of many years I have gotten to know my dad not only as a father but as a friend and an outstanding person. Having the chance to look up to a loving, caring, giving, and amazing person has been a life I am so lucky and grateful to live. I've witnessed first hand how difficult it is for girls in my age group to live without a father in their lives, and that is something I can never bear. My dad is my rock, my shield, my comfort, and the list just begins there.

There is not a number of example I could provide to show you who my dad is. However, one instance that comes to light when showing who he is, is when my friend's dad passed away. It was a very tragic time for their loved ones but it was hard as well for the community as a whole. The first instance this tragedy occurred, my father immediately stepped up making sure my friend was taken care of. Constantly, I was reminded of ways to be caring and supportive, especially to the people who need it, because of how well my father handled the situation. He taught me something that left a mark and will stick with me for as long as I live. That lesson was, when people we care about need our support, we must put everything aside to help in every way possible. From that day on my perspective has altered drastically.

My father is without a doubt, the most hardworking and driven person I know. If I could describe my dad in just a few words, I would say that he is the most caring, selfless, and loving person I've ever known. He is everything a girl could ever dream of in a father and a best friend. Best of all, he is my role model and I will always seek him in times of adversity. I was able to gain an understanding that, if I am determined and put my all into the things that I love, and to constantly push my self up to be the best I can be, I will always succeed.

Growing up, school was something that never came naturally to me. I found my self giving up at times, and that is not my character. It's difficult to remember your early years in school after so many, but something I'll never forget is that in life, things don't come easy, you need want it and work hard to get it. That was taught to me by my dad who never let me give up anytime stress conquered me in school. Regardless of the countless amounts of stressors my dad needs to battle every day, he doesn't let it defeat him. He will work however long it takes and however hard to make my family feel safe, healthy, happy, loved, and most of all secure. He could be described as our safety blanket who will always be there to make us feel protected and safe but also loved and heard.

Over the course of these past few years, things have been more than difficult. My live along with the life of all my family's members has been altered in every way. However, most of all my fathers life, yes through all the adversity and difficulties he has not stopped pushing through. He keeps the brightest smile on his face without any fear, just trusting in god and the motivation of his family.

My grandmother from a very early age always repeated, "Tomer has a heart of gold," and he it is indeed true and shines through him guiding his every move. From that early age, it was easy to agree with my

grandmother as she repeated that phrase due to the fact that, he will forever open his heart and home to anyone who surrounds him.

Home to me is not where I rest my head and body at the end of a busy day, home is my father and whenever my father is as long as I am with him.

Often people get unlucky not getting to experience having a best friend in their lifetime. Fortunately for me, I have never and will never have to worry about that because I was blessed with my dad, my forever and all time best friend.

Everything I've previously explained in this letter does not in the slightest represent 1% of the man he is. There truly isn't enough ink or words in the dictionary to describe the outstanding human being of a father my Aba is. Yet, I hope you got to understand a glimpse of him that anyone he knows can vouch for. A light to my family's life that I will cherish and aspire to be like for the rest of my existence. Thank you for taking the time to read my letter.

Respectfully
Leigh Osovitzki

11/11/2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I am Sharon Osovitzki, the wife of Tomer Osovitzki and the mother of our 4 beautiful daughters.

I met Tomer in 1997 in Israel, at Bar Ilan University. Although he was only 19 at the time, Tomer was a very mature, responsible, and good hearted man that was extremely kind and caring to everyone. His level of respect and honor to everyone he encountered was always his priority, especially to his parents and grandparents who at the time were elderly and he assisted them greatly on a daily basis. I remember so many times that instead of going out to socialize, he chose to spend time giving love, respect, attention and endless support to his grandparents, something I had never seen before. This is only one of the many qualities that defines the special and good nature of Tomer.

Tomer has always been a very hard working man, and was always very determined to make sure to provide for me as his wife and our kids, and also made sure that his entire family, including his parents, aunts, uncles and grandparents would be taken care of, and that they will be successful as well. For over 20 years, Tomer took a lead in building a family business that started as a very small leisure travel agency. With much integrity and extremely hard honest work,, he succeeded greatly in growing a solid travel management company that was his pride and joy. He worked diligently and was highly sought after by many people in the sports industry as well as large corporations including Fortune 500 companies and top CEOs in the most respectable companies that wanted his services because he was a dedicated man, available to them anytime, for anything they needed with travel arrangements and more. He always liked to fulfill the needs of everyone and made sure everyone was happy. This is why he was so loved by many but at the same time, many had also taken advantage of his good nature.
It was around 2016 that I saw a huge shift in the adoring and caring person I married. Tomer got "seduced" so to say with his clientele and got looped into the party life which was completely uncharacteristic of him. There was drinking and there was drugs, which led to erratic behavior and months without seeing him. It was at the same time that I was going through tremendous grief after losing my sister to cancer, a time that I needed his support, love and comfort most. The Tomer I knew and loved would not neglect me at such a time of need. This was not him!

I truly believe that he encountered the worst storm possible. The pressure he went through while dealing with false promises he was given by celebrities plus the dangerous behaviors by

the people that surrounded him - totally blindsided him, and got him into a mess that he was constantly trying to get out of. He was overwhelmed!

He is very regretful and shocked by what has happened to him. He has tremendous shame and guilt. Tomer is not someone who sought to commit any crime or thievery, this was a complete error in judgment that was based on a very cloudy mind. He has made every effort throughout this time to make things right and ensure that everyone is paid. We had significant assets that we maintained and were so proud of that we had acquired from years and years of what we had built, and almost everything was sold off to achieve restitution. It was tremendously difficult to make that decision but it was necessary and important to Tomer. He is not only the type to never owe anyone, or never borrow from anyone, he is by far the most generous giver and will starve to make sure everyone else is well fed.

There are not enough words for me to express the kind of father Tomer is to his daughters. He is the light of their life and they are his. He always did everything to make the most of every moment with the girls. They cherish each other. Every occasion, birthday and holiday has always been the most memorable and exciting moments of their lives! His involvement in their life and well-being is one like no other father I have ever seen. He checks up on them all day everyday to make sure they are doing well in every way.

I hope and pray that this gives a little insight into who Tomer is. Although we went through some very difficult times and are currently separated, I care for him and know that he has made unbelievable strides in returning to the Tomer I knew.  At this point, almost 4 years after his arrest, with a lot of hard work on himself and with everything he has been through,  he has proved to even be a better man than before.

The world will be a better place if this man can continue being the amazing father to our four children and the incredible human in society that he strives to be. So Please, if there is anything you can possibly do to see him for the good he represents, I know that he will continue to prove he is worthy of a second chance. Thank you for taking the time to read my reflections.

Sincerely,
Sharon Osovitzki

# Jacob Asif

23a Sasha Argov Street, Tel Aviv, 6962092, Israel

Tel: +972 (0)523860070

jacob@jasif.com

---

Nov 26/2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Dear Judge Failla,**

My first-born beloved nephew, Tomer Osovitzki, was always my pride and joy.

Tomer was a charming baby, a wonderful child, a good heart boy and matured as an honest loyal man.

Tomer is a sensitive, loyal and devoted person to his parents and family.

His nice, respectful and humble character are the key to his business success.

As I have known Tomer all my life, I know that he is an honest person when it comes to human relations and business. Tomer is a man who keeps his word and will never try to act in an inappropriate way. This is the education he has received since the day he was born.

I am happy for the opportunity which was given to me to express my praise to Tomer in this letter. I know that Tomer deserves the compliments I brought up in this letter.

Jacob Asif

Yours sincerely,

Jacob Asif

The Honorable Katherine Polk Failla Thurgood Marshall          December 1, 2022
United States Courthouse
40 Foley Square
New York, NY 10007
Dear Judge Failla,

Dear Judge Failla,

My name is Amanda Osovitzki and I am writing this letter in regards to my brother
in law Mr Tomer Osovitzki.

Throughout the almost 9 years I have been apart of this family, I have only known
the most honest, caring and wonderful man that is Mr Tomer Osovitzki. The love
and support he gives to his family and friends is unmatched, he is always willing to
lend a hand when someone is in need whether it be family or friends. To know him
is to love him and as a family would like you to know that he is supported by his
whole family and friends from all over the world, as he has always shown so much
support and dedication to all around him. We thank you very much for the
opportunity to express our support for Tomer as he would do for anyone of us in
need.

Thank you kindly for your time.

Kind Regards,

*Amanda Osovitzki*

Amanda Osovitzki

LAW OFFICES

# THE TARICH LAW FIRM P.A.

**1946 TYLER STREET**
**HOLLYWOOD, FLORIDA 33020**
**TELEPHONE: 305.503.5095**
**FACSIMILE: 866.858.1226**

MANNY M. TARICH, ESQ.
E-MAIL: MANNY@TARICHLAW.COM
DIRECT LINE: 305.503.5097

JAMIE TARICH, ESQ.
E-MAIL: JAMIE@TARICHLAW.COM
DIRECT LINE: 305.503.5096

December 5, 2022

Re: Tomer Osovitzki

To Whom it May Concern:

I am writing on behalf of Tomer Osovitzki who I have had a business and personal relationship for over ten years. In that time, he has proven to be of fine and responsible character. He has always taken personal responsibility for all the mistakes he has made in every aspect of his life. He is a dedicated family man and a reliable member of the community. The crimes for which he's been charged were as shocking as they were unexpected.

As his attorney and friend, I watched as he got his business into great financial trouble. These issues correlated directly with issues he was going through in his personal life. Tom expressly took responsibility for his serious lack of judgment and expressed remorse. However, he didn't stop with just words and took actions to correct his mistakes. He insisted that under no circumstance would he or his company file for bankruptcy and that each person or company that was owed money would be repaid. From 2018 through the time of his arrest we worked tirelessly to make sure that each debtor was paid back the monies they were owed. I would estimate that in that time 85-90% of those owed money were in fact paid back. I also noticed a significant change in him as he got back to being the person I have always known.

I have no doubt that Tom's personal path of self-improvement will continue as he has shown a resolute attitude in his behavior since making these mistakes. I hope this letter will have a positive contributing factor when the Court considers this matter. Should you require anything further or like to discuss this with me directly, please feel free to contact me.

Sincerely,

Manny M. Tarich, Esq.

The Honorable Katherine Polk Failla                     November 30, 2022
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I would like to introduce myself; my name is Sharon Portmann, I am Tomer Osovitzki's aunt and former
employee.

I'll start by describing our relationship. Tomer and I are 7 years apart, making us more siblings than aunt
and nephew. I adored Tomer, he could never do wrong by me. Tomer was always charismatic, even
from a very young age. He was kind, giving, always caring for those around him. Our family was a tight
knit kind of family. We were all raised on the same values and morals; respect your elders, do not lie, do
not steal, be kind to others, give to those in need and love each other. Being a tight knit family, we did
everything together, from dinners, vacations, holidays even worked together. It was all part of being a
family.

In 2006 I joined Tomer as he started to build his new company CTMS (Corporate Travel Management
Solutions). We worked along side one another. It was very intense work, 24/7 because of the nature of
our work.

Tomer was hard working, passionate and very devoted to ensuring that his company would grow in the
right path. He was all about going above and beyond for his clients, even if that meant working through
the early morning hours. He was never able to say no to anyone, he always wanted to please and make
sure everyone was happy.

He made sure that those that worked for him didn't just feel as employees, he wanted them to feel as
they were part of one big family. People loved to work for CTMS and for Tomer. There were many times
where employees would have hardships at home and Tomer would step up and assist them on a
personal level.

The company was growing and expanding, and so was the stress and pressure that comes with that.
I think around 2016 I started noticing a change in Tomer, something that I was not familiar with.
His demeanor took a turn, this was not the Tomer I knew. It was extremely hard for me and a lot of us
to really understand what was happening with him. We all understood the pressure that this business
had over him and us, but it was as if something else happened to him. We could not pinpoint but it was
apparent that mentally he checked out.

I build up a lot of anger and resentment towards Tomer, I put my heart and soul into CTMS, and I believed in him and this company. I lost a lot from all of this, I lost my job, my career, and a future in a company that I very much believed and worked hard to build.

It took me a few years to understand and forgive Tomer.
I understand that this behavior was not Tomer, it was beyond him.
Today I see the Tomer that I knew, the loving, compassionate, caring and giving. The Tomer that just wants to do good by others.


Respectfully,

Sharon Portmann

The Honorable Katherine Polk Failla

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

My name is Tzvi Snir, I met Mr. Tomer Osovitzki back in high school. I met Tomer when I was at a low point of my life. I moved to Canada about 2 years prior and as a young teenager, had a very difficult time adjusting to my new life in a brand new country. As you can imagine, moving to a brand new country, which is so different than all I have ever known, was very difficult. A new environment ,new language, different weather and the absence of friends was very difficult for me. Tomer was one of the first true friends I met, and we have been friends ever since. We met back in high school through a mutual friend. Tomer was warm and welcoming. He made me feel as if I was his friend for years. Through Tomer I made several more friends and felt welcome into his world. For a young 15 year old boy, it was uplifting and encouraging to know I was not alone. We remained close friends for many years. Over the years I have seen Tomer grow from a young boy into a man, husband and father. When Tomer moved to Miami, we remained friends calling and texting each other to check in from time to time. Over the years I have seen how Tomer raised his 4 beautiful daughters. They are all beautiful young ladies with bright futures ahead of them. Tomer has always put them first in his life, making them his first priority, weather it was providing them with top notch education or simply spending time with them as most young children require.

Tomer and his family are very close and over the years he has tried his best to support them and help them out as best he could. He employed several of his family members over the years, providing them with steady work which I'm sure helped them out tremendously.

Tomer has a generous spirit and has always tried his best to be a good husband, father, son and friend. I believe Tomer is a good person who simply tried his best and may have stumbled along the way.

To err is human, to forgive is divine. I hope you can find it in your heart to forgive Tomer for any mistakes he has made. His daughters, parents and extended family need him to be present in their lives now and in the future.

Respectfully,

Tzvi Snir

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
11/15/22

Dear Judge Failla,

My name is Yael Emano, and I am a close friend of the Osovitzki family. I first met Tomer
Osovitzki in 2007 when they first moved to Miami, Florida. Our kids went to the same school
together, and I always saw Tomer as being a very special family man that always showed up at
school functions, and gave his daughters all the love and attention in the world. Tomer also
became my client in the aesthetics clinic that I operate. For over 10 years he has been a
consistent patient/client that has taken very good care of his skin conditions that I have been
treating over the last few years. We became even closer friends, and he is even like a brother that
I can talk to that I can trust and that I can depend on. I am a cancer survivor and throughout the
years of my struggles and challenges with disease he has always been there for support for me
through hard times. I worry about him and his family because I know that the high levels of
stress can cause disease and affect the children a lot and I truly do not believe that Tomer would
do anything or that he has done anything to get in any kind of trouble because I know him to be a
very straight forward man that is responsible and very caring and giving to everybody. I really
only have good things to say about Tomer, and I know that he is one of the best humans that has
a lot of amazing qualities, and I know that he is a good trustworthy man that can only contribute
in positive ways. Thank you for your time.

Respectfully,
Yael Emano



The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is Yaniv Sananes. I've known Tomer Osoviski for about 10 years now. We met though our children who all go to the same school, Scheck Hillel Community School. I have twins the age of 10 that are in the same grade and class as Tomer's youngest daughter ▉. My Oldest daughter ▉ is graduating this year with Tomer's oldest daughter Leigh. They are best of friends and my wife and I have spent a lot of time around him and his 4 children over the last 10 years. All of Tomer's 4 girls are wonderful kids and very well raised.

Through the close bond and friendship our kids have, we've ended up becoming good friends ourselves and spent many occasions together. Over the years we've been together on trips, dinners, charity events, school plays and Holidays. Tomer has been to our house many times and we've been to theirs many times.

My experiences with being around Tomer is he is a wonderful and very active father. Always teaching his daughters the proper way of behaving and respecting others. We've spent much time together over the years at soccer games, basketball games, dance recitals and many after school programs. At practically every event or program his kids are at he's there and involved, cheering them on.

I was once at a charitable event with him where he was very generous to the cause of people in need. I know Tomer Osovitzki to only be a righteous, honest, good hearted man and a wonderful father. I ask that you please be extremely compassionate with Tomer. I'm available any time at your convenience to answer any questions (305) 502-7470.


Thank you,

Yaniv Sananes

# Joseph Gayer
## LoKation Real Estate

November 29/ 2022
The Honorable Katherine Polk Failla
Dear Judge Failla,

I never in my wildest dreams would associate Tomer with anything that happened, I was really in a total shock, I am sure it was a terrible mistake.

I have known Tomer for the last 14 years, I have known his father for over 50 years, we are from the same country, our parents were also friends for many years. While we have lost touch when we went to the army, after getting out of the army they moved to Canada and I moved to the USA, we reunited by coincidence in a very emotional event about 14 years ago in Florida right after the family moved to the USA and have been close since.

At that time, I met Tomer for the first time, it was an instant bond. I got to know him more and more like a son, it's hard and I don't have words to describe him, his gentle soft, kind and caring, loving, respectful personality to everyone around him. He has a way of making you feel like the most important person, always giving a hand to the needy, inviting lonely people to his home for holidays and not just for holidays, I witnessed him help numerous people.

About 10 years ago I ran into hard times financially as a result of a bad business deal. Tomer became aware of it and called me to meet him, he handed me money, forced me to accept it and told me "You can pay me back when you have it". I never asked him for anything, he did it on his own. After a period of time I came to pay him back and he refused (Nobody ever did that for me). Tomer is a GREAT father and son, (none of what I wrote is exaggerated), he is really a blessing for everyone around him, the world would have been a much better and pleasant place with many Tomers.

Everything I wrote is written with sincerity.

Respectfully,

Joseph

Cell: 954-224-3140
Email: 411joe@gmail.com

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is Zvia Lavy. By means of introduction , I am an 81 year old pensioner , residing in Israel. We are related to Tomer through my husband's family. My husband was an uncle to Tomer's mother.

My late husband , had a long distinguished military career as an IDF officer. As many other military career people of his generation, he held and followed a strict moral code throughout his life, centred around values of integrity, commitment and altruism, which quite frankly at times seemed impossible to follow. I am sharing this with you , so as to give you context to the background about Tomer as we know him.

When Tomer was growing up, we were living in Israel. By then my husband had already left the army. We used to see Tomer on the rare occasion of his family's trips from Canada to Israel.

As life would have it, we found ourselves years later immigrating to Canada, at what was a low point in our lives. We were struggling financially , hoping for a better future, trying to set up a business from scratch. Seeking the comfort of family , during these challenging times, we were staying close to Tomer's family, & spent much time together

It was during that time, that we saw Tomer's true character emerge. He spared no effor , and missed no opportunity to extend both practical and moral support. It was as if this teenager morphed overnight into a young man, who we couldn't but admire for his dedication, commitment , & good natured heart.

They say you can judge a character of a man, by how he treats those from whom he has nothing to gain. We were the distant family members , who were neither young and "cool" nor rich , yet at our time of need , at a time that teenagers occupy themselves exclusively with their own needs and wants , Tomer was there for us. Over the years, this is the Tomer we became to know. A warm, kind hearted individual, who employs the values of integrity & honesty in everything that he does.

I am hopeful that this brief glimpse into my own personal experience with Tomer, will shed some further light on the person he truly is.

Sincerely yours,
Zvia Lavy

Mobile: +972 54 770 3077

11/18/22

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Failla,
I am Yarden Sakhai, nephew of Tomer's wife, Sharon Osovitzki.
Growing up I looked up to Tomer.
Through my youth and teenage years, I always loved to be around the adults, at family occasions, dinners events etc.
The grown ups always sat at the table, mainly talking about business, politics, global warming and so on..
I always wanted to be involved, wanted to be a part of the conversation.
As the kid I was, not the best with interacting and making conversation at the table - or with people, Tomer noticed how I was struggling to be a part of the conversations.
Around the age of 10, at Passover dinner ( Jewish Holiday) Tomer sat next to me and told me, Yarden, I've noticed how you're trying to be a part of the conversations around the table, and tonight, I'm going to make sure that you are!
He guided me through that first night, and so on every other Friday dinner, he kept making sure I got the ropes and that I am slowly getting the hang of it my self.
Fast forward 14 years later, and I have one major person to thank for helping me personally overcoming an obstacle at a young age that til this day helps me in life.
No one other than Tomer noticed my struggle, he noticed, stepped up and helped me.
That is the kind of human being Tomer is.
Tomer is a good person with a loving and good heart, we all love Tomer, he is caring loving.


Best regards,

Yarden Yair Sakhai
7825 Firefall Way.
Dallas, Tx 75230

29Nov22

**The Honorable Katherine Polk Failla**
**Thurgood Marshall**
**United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

Dear Judge Failla,

It was May 2004 when I arrived in Canada as a new immigrant. I felt lost in this New gigantic world called Canada.

With a solid background in the travel profession, I immediately seeked for employment opportunities in this field.

I was blessed to randomly walk into Tomer's office and ask a simple question "are you hiring?" In the common world, you would be told "Sorry No, please walk away". To my surprise I was welcomed into the office by Tomer and his family who were willing to actively listen and care for my situation.

Tomer was compassionate and showed deep understanding of my situation and me feeling scared and overwhelmed as a new immigrant.

Tomer conducted 2 interviews and welcomed me into his & his family's lives FIRST as a human and only then as an employee.

If I told you that I loved my workplace more than I loved my home, would you believe me?

Throughout the years I have worked closely with Tomer as his assistant and a travel agent, spending over 10 hours working together 5-6 days per week.

Witnessing Tomer fulfilling his purpose of serving and helping others, making a significant impact on the lives of the people around him and the lives of the clients he served was inspiring.

Concentrating on the impact and not the income is his core value which he leads with and creates that unforgettable service level that people take along with them to their personal lives and businesses. A core value that inspired me to be the best that I can be and has taught me to genuinely care for the people I serve.

Throughout the years I was inspired by Tomer's leadership style and set of skills, I listened & learned from Tomer. I grew and became a leader myself.

In 2010 I decided to go on a new journey, and we parted our professional ways. The respect, the bond and genuine friendship we formed stayed solid.

I stayed in the industry and became Tomer's competitor, who would ever believe that even as his competitor whenever I needed mentorship or advice I would call Tomer and he would be right there for me ready to help?
Not many people would do that BUT Tomer didn't care that took away a few clients of his and that he would lose some income, he cared that I continue to serve them well.

Although I had been leading a successful career for the past decade, when I found out about Tomer's situation I made a conscious decision to show gratitude and support to that one person and his family that supported me when I needed it the most. I left my comfortable position and rejoined the family in their business.

After all, said and done, Tomer is that person who genuinely cares for people, he is that person that taught me and many of us the value of leading with purpose and the pure intention to create an impact in people's lives.

I know I am exactly where I need to be, right here right now: Supporting Tomer and his family.


Respectfully,

Veronica Domb

November 29th, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Failla,

My name is Suzy Ronen and I have known Tomer Osovitski as a coworker and a friend for over 14 years.

The purpose of this letter is to request the Court's compassion.

I have always known Tomer Osovitski to be an extremely warm-hearted, friendly, kind, polite, respectful and hardworking individual.

He has always had a strong sense of duty, which he's applied to his job, family and community. I remember how helpful and deeply involved he was with the Kids with Cancer (Larger Than Life) organization.

Tomer Osovitski has lots and lots of positive aspects to his character.

I hope you will look at my letter and understand that Tomer Osovitski deserves the Court's compassion in its decision.

Please do not hesitate to contact me if you should require any further information.


Respectfully,

Suzy Ronen            Date: 11/29/22



Phone #: 305-345-4293

Email: sronen123@aol.com

April 5, 2021

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is Sonia De Los Santos a friend of the Osovitzki family since perhaps 2008. I was always employed by Tomer Osovitzki assisting him with corporate travel thru CTMS. I witness the long hours of dedication to his clients, doing all he could to provide an excellent experience. He would be the first to arrive at the office and the last to leave. I watched him with his beautiful family, he is an amazing dad And a loving husband. All his efforts were to strive to give his daughters the best quality of life. Unfortunately, I had to leave the company since I was relocating to another city. A few years later I had to return to South Florida due to a family illness and found myself unemployed. Tom, took me in once again as if I never left. He had me properly trained and provided all the necessary support to set me for success. This opportunity assisted me financially and allowed me to be near my family to assist during a tumultuous time for me. Tom is a man of integrity, character and conviction.

I will always be grateful to Tomer and all of the Osovitzki family for being loving and supportive. I was given the opportunity to work hard and make a living. I know that family is of the most importance and when Tom and his family see value in an outsider, they adopt them as family as well.

Sincerely,

Sonia De Los Santos

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

11/30/22

Dear Judge Failla,
My name is Samantha Rothschild, family friend of the Osovitzki family.
When told to take time to ponder the reasons why Tomer Osovitzki is such an incredible person I truly don't even know where to begin. For starters, Tomer has raised four incredible daughters to be young, respectful women. He is a man who will put others before himself no matter what the circumstance is. He is a prime example of everything I would want my own kids' father to be.
Seeing the bond that Tomer has with his children is very special and always puts a smile on my face. On numerous occasions I have seen him drop everything to cater to the needs of his daughters. He never fails to put a smile on all of their faces whether it be quality time together at home or creating everlasting bonds and memories. I have yet to meet many people with such a heart of gold like Tomers'
Tomer has always made me feel as if I am part of the family. When both of his older daughters, who are like sisters to me, moved miles away to college, Tomer called me on a Friday night and invited me for dinner at his parents house with the rest of their family. He always wants to make sure that everyone feels welcomed and included with no shame. When I think of Tomer, I don't think of "my best friend's dad", I think of a man who exemplifies character and charisma beyond belief.
His smile and laugh is infectious and he has the ability to light up any room he walks into. Without Tomer, the entire Osovitzki family would not be complete.
This only begins to name the reasons why Tomer
Osovitzki has made such an impact on my life and the

Respectfully,
Samantha Rothschild

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My family and I have known Tomer and his family for 30+ years. We lived close by to one another in Toronto Canada, and whilst his parents are our best friends, we regard Tomer as a son to us, and a big brother to our daughters alike.

Through the many many years we have spent alongside Tomer, we know him as nothing short of the most loving, caring, respectful, compassionate, generous, and all round outstanding citizen and member of his community. He is the most fantastic father, son and grand son any family can ask for, always caring for his elders and kids, providing for them, and quite simply always there for support and very present.

Even for us, as family friends, he has always shown the most compassion, love and respect. Always the first one to be by our side and offer aid in joyous and in tougher situations- such as when my husband had a stroke and was hospitalized for weeks in dade county Florida. His upbeat personality, and positive attitude always helped keep us afloat during even the most difficult of times

I am honored to be able to write this recommendation on behalf of tomer, as our many years together have really allowed me the confidentially to vouch for him not only as a person, but as the son he has turned into becoming for us.

I plea for the judges' compassion in this case, as a father to 4 incredible young girls and uncle to 4 more, he sets as an example to them and the remainder of the family and we have only ever witnessed him in the light of someone who has the biggest warmest heart, truly humane and always puts others first.

Thank you for your time

Respectfully
Marcel Matitau

November 30, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I have known Tomer Osovitzki for almost 11 years. His daughter ███ and my son ███ went to nursery school together and that's when we became friends. I consider him one of my best friends and someone I can rely on for many reasons. He has always been a very compassionate friend always asking if everything is okay and if I need anything. He has been there for me when I was down and needed someone to speak to. Tomer constantly asks me on a weekly basis if everything is okay and if I need any help with anything without fail. He is a true friend. He has been generous to countless people and I have seen it with my own eyes on numerous occasions.

I have seen firsthand Tomer going out of his way to help people in need, not only via very generous donations to organizations, such as Larger than Life (supports children with cancer), but by giving his own time to others in need. I truly feel he is deserving of forgiveness and a second chance and that he is motivated and will be a huge benefit to society. I ask you from the bottom of my heart that you see in yourself to give Tomer the opportunity to be with his children and family, as they really need him for his continued love and support.

Thank you for the opportunity to help my dear frined. He is truly a great person.

Respectfully,

Matty Oren

# MOSHE HAMMER

21120 Jib ct. Unit K16, Aventura, Florida, 33180 I 954-770-0042 I thornhilleeg@hotmail.com

Nov 29/2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla

I, Moshe Hammer, am writing this letter as a character reference for Tomer Osovitzki, whom I have known for the last 14 years. Tomer is the son of Yair and Galia Osovitzki, my friends, for many years.

I consider Tomer a very caring and dedicated father to his four beautiful daughters, ever-present in their lives, ready and willing to support them through their struggles and share in their joy. He is also a loving son to his parents, Galia and Yair, striving to make them proud to the best of his abilities.

While I am aware of his wrongdoings, I am also reminded of how he is a kind and respectful friend to my wife and me, always there to support us in times of need. No one person is perfect, yet his impact on my life has been nothing but positive – I am better for knowing him. As a close friend of the family, I have witnessed Tomer's values as a family man; he always places great importance on the time he spends with his family. During weekends, holidays, Shabbat dinners, or a casual drop-in, Tomer is always there, fully engaged, and ever-present. Throughout the years, we have come to know Tomer as a bright and caring man ready to lend a helping hand, listen, and offer advice if asked. I cannot tell you how many times he has been there for me, day or night, from fixing my work computers to listening to my fears and concerns. Tomer had an amazing capacity to make me feel better and leave me feeling hopeful. I have also witnessed him sharing this generous nature with others.

Tomer is a good-hearted man with so much left to give. A second chance through a reformative approach may offer Tomer an opportunity for profound personal growth and positive change. Tomer will be beholden to the court's capacity for kindness and forgiveness, allowing him opportunities to contribute to society and make up for his sins – what else is a man to do in the face of such compassion.

Respectfully Yours,

Moshe Hammer

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My Name is Nitza Betan and I am Tomer Osovitzki's aunt and former CTMS Employee.

My position in CTMS was as a Quality Assurance Manager.

When I was asked to write a brief description of my nephew Mr. Tomer Osivitzki. I was happy to have the opportunity.

I have known Tomer since his Childhood. There is a warmth to him, with a shy smile on his face and a good demeanor.

Tomer became the CEO of CTMS, a company that I joined from the start.
I saw a young guy who took a big load on his shoulders, a person with a big heart who did not always know how to say no to others. At some point, I felt that the mounting tension was too much for him.

I personally enjoyed working with him and felt that things are going smoothly when he is around.

From what I remember, everyone at work and in his personal life always enjoyed being around him. He always worked hard and had a positive outlook, someone who always sees the glass half full.

I learn in some ways from him to see the good in certain situations and not to give up.

This is the way I see Tomer Osovitzki in my eyes. Thank you for allowing me to express my thought.

Respectfully

Nitza Betan

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

4/10/2021

Dear Judge Failla,

While I have known Tomer for over 20 years being my wife's cousin from abroad, I only really got to know him around 2013, when my family and I moved to the US and I started working under his supervision for about 3 years, as the chief technology officer of CTMS Travel.

Working for Tomer was always a pleasure. I was very lucky to have had a chance to work alongside someone so dedicated to others, be it customers, family members and workers.

Whenever I met Tomer for a chat, it was clear how much he cared about his customers, as he could not stop taking about ideas he was thinking about of how we could serve them better. If we were not talking about customers and ideas for the business, Tomer would have a story to share about his daughters. This showed me another soft side of Tom, of being a very dedicated family man, and a proud father. Being a CEO of a company like CTMS is not easy. Tomer was always personally catering to customers around the globe which meant he was traveling day in and day out, but it always amazed me how he could still find the time to spend quality hours with his family.

I can also attest that in all the time I have worked with Tomer and through many interactions I had with him, some of which more stressful than others, I never saw him raise his voice or shout at someone. He manages people with an amazing grace, empathy and professionalism which I didn't see in many other managers I had over the years.

I am not familiar with the details of the case and proceedings Tomer is facing, but I plea the court for compassion in your ruling in this case.

Respectfully,
Noam Ben-Uzi

11/28/2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I am Orna Serruya, good friend of Tomer and Sharon Osovitsky.

I met Tomer back in 2005 in Toronto and then moved to Miami in 2006 and have been family friends ever since.

We have kids in the same grade and school and therefore have spent many fun times/bbq's/birthdays etc. together.

My kids adore Tomer like an Uncle as he's always been so kind to them.

Tomer has always been a real gentleman with a very giving heart and has always been so welcoming into his home.

His four daughters are his pride and joy which is very obvious with the amount of love he showers them with.

I'll never forget when he came to pick up my kids from school when I wasn't feeling well and my husband was out of town.

Tomer has become like a brother to me since Sharon is more like a sister than a friend!

Best always,
**Orna Serruya**

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Failla,

Wednesday, November 30, 2022


My name is Ornan Sharaby, and I would like to start from the beginning as I have known Tomer Osovitski for over 43 years.

Tomer is a family person who has been dedicated to his four beautiful daughters Leigh, Shiri, █████ and ███

We all know Tomer is a good hearted person who always helps people in time of need, has always been there when you needed him. In the last few years people took advantage of that and I am trying to educate him and learn to say NO sometimes, because YES & NO are both answers, and in many times, NO is a good answer.

I am not writing this just for being is uncle, I have seen changes with Tomer which were meaningful to me.

When I met Tomer a couple of months after he was arrested, he came up to me and
said Ornan, I have lied to you all this time when you asked me if I am using drugs and, I denied it.
He came up to me and spilled his heart out. Another time he came on his own and said that he is shocked and sorry for the way he treated people and how aggressive he was at that time, that he was not himself mentally. (He finally woke up and realized the damage he has done to the people that cared for him).

When I use to call Tomer during his bad times, he would rarely answer the phone, I was not sure if this were because he was being stuck up, or drugs or both, and now when I call him, he either answers right away, or send me a message that he will call me right back and he does.

Tomer has shared with me a conversation about his support group that he was going to, and the guide at this group has told him after three months that he does not need to come anymore, but he insisted that he wants to continue coming and I believe he is still in touch with the guidance. Many times, we were talking, and he mentioned that he wants to talk to other people who were or is in the same situation and tell them his story and teach them how wrong he was doing and try to bring these people back to reality. That is showing me that Tomer has come down from his branch on his tree and became a human being like the Tomer that I always knew. This little change may not mean much to a stranger but to me, I see the different. He is more genuine.

Saying this NOT as his uncle, but as someone from the side, Tomer deserve a second chance in life. We all make mistakes in life; however, from my conversations with Tomer, he has learned the hard way and I am glad he did.

Tomer has been naive and bad people have been taking advantage of him and used him.
I wish I were there for him when these celebrities were using his innocence and taking advantage of him.

We are only human beings, and we all are born with a pure soul and then we have a family and a base, sometime good base sometime bad one, but Tomer came from a good home and a good family with good base, friends, relatives who loves him. People always leaned on him because he took care of everyone around him, and I think that was a little too big for him, I believe he was stressed from being the one that every one depends on him.

Please, it is your decision to help Tomer with his future for a better way as we all want to see for him. Tomer deserves a second chance.

"We shall think positive and positive will come to us". I would like to see him helping and contributing his goodness to the society by helping others spiritually.
Tomer is a great soul & human being and that we cannot take that away from him.

Respectfully,

Ornan Sharaby

B"H

Nov. 30, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I am the religious leader of a large Jewish Community in Toronto, and I have known Tomer Osovitzki and his family very well for more than twenty years. He comes from a warm and loving home, growing up in a caring family who looked after one another and contributed to the community.

Although the family left Toronto several years ago, Tomer continued to support many causes in this city, and I turned to him frequently with requests for assistance. He has donated generously to assist the needy any time I approached him. Whether it was food parcels for struggling families, scholarships for poor children to attend camp, urgent campaigns for families in need, or community projects, Tomer has never hesitated to contribute. He is a person who cares deeply about the welfare of others. There are countless individuals in our community who have unknowingly benefited from Tomer's generosity, yet he never seeks recognition or acclaim for what he does.

I know Tomer's entire extended family, and they are people of great integrity and honesty. Tomer has always displayed the highest degree of social responsibility, concern for others, and desire to help. In my many dealings with him over more than two decades, he has been an upright individual, trustworthy, honorable, and decent.

I hope the information in this letter, and my wholehearted endorsement of Tomer, will arouse the compassion of the court.



מ ר כ ז
ח ב " ד
ל ד ו ב ר י
ע ב ר י ת

בהנהלת הרב ישראל לנדא

**Beth
Chabad
Israeli
Communit
y
Center
(BCIC)**

**Administrative Office**:
7770 Bathurst Street
Thornhill, ON
Canada L4J 0H6
Tel: (905) 709-7770
Fax: (905) 709-7917

**The shul**:
7770 Bathurst Street,
Thornhill

www.chabadisraeli.com
bcicoffice@gmail.com

■ חוגים ביהדות
■ מכון בר/בת-מצווה
■ עזרה לנצרכים
■ ארגון נשים




Rabbi Israel Landa
Executive Director



## LUBAVITCH
### AVENTURA SOUTH

December 1, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Honorable Judge Failla

This letter in reference to Mr. Tomer Osovitzki.

As one of the community Rabbi's in Aventura Florida, I have had the privilege of knowing Tomer and his beautiful family for over 10 years.

From all of our interactions together, Tomer has proven to be an amazing father to his four girls and an exceptional son to his parents, whom I know well.

During my visits to his office when they had the travel agency, I always admired the love he had from his fellow workers. He garnered much respect from everyone he worked with and really whomever he came in contact with.

Tomer has always been there to help in the community, anytime he had a chance he would offer his assistance whether financially or even physically help by delivering food to the less fortunate and needy.

What I admired most about him was his humility and doing his good deeds in a quiet and humble way.

I know many of Tomer's extended family, they are people of great integrity, honesty, and of good values.

I truly hope that this letter may shed some light and compassion for a person who is truly a good man.

Respectfully,

Rabbi Mendel Rosenfeld

*Where every Jew is family*

02 Dec 2022

**The Honorable Katherine Polk Failla**
**Thurgood Marshall**
**United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

Dear Judge Failla,

I met Tomer Osovitzki back in 2006 during my visit to Canada.
My sister had been working for Tom at that time and spoke so highly of him that I made it a priority to meet him.

I met a gentleman like no other.
His approach, honesty, integrity, and passion created such a strong impact on me both personally and professionally.

I was honoured to call this gentleman a friend.

We kept in touch throughout the years, shared both personal and professional experiences and it became clear that one day we will join forces and work together.

Tomer's leadership and level of support to others is truly rare, leading with integrity and empathy are the values that resulted of years long personal and professional relationships with friends, employees, colleagues, and clients.

Anytime in the past that I EVER turned to Tomer for any kind of help, be it financial, or when I was going through extremely tough situations, no matter personal or professional, and no matter what he was going through, he always, always made the time to listen and jump into action to help. I only hope that he can say the same about me. If a small percentage of the population was like Mr. Tomer Osovitzki, we definitely would be living in a much better world.

But then again, Tomer does that for everyone that needs any kind of help, friends, employees, family, clients, and the list goes on.

When you genuinely get to know Tomer Osovitzki, you get to see and understand that he lives and leads by his core values, above all doing no harm, respecting everyone's dignity, autonomy, and boundaries.

Respectfully
Rami Barghouti

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Failla,

My name is Robby Anthony and I am a former employee of Tomer but more importantly to me, we have become great friends.

Over the course of the 10 plus years I have known Tomer, I have always admired his ability to put his family first. He loves his daughters so much and is willing to give up anything in order to be there for them when they need him. I am reminded of many occasions where we had very important business meetings, even sometimes internationally, that Tomer would have to cut short (or leave early) in order to be back home with his girls. Being a bit younger, he has always set a great example of being a great father and family man. As hard as he works and his hunger to be great in business is nothing compared to his passion and commitment he has for his daughters.

Tomer has always been extremely understanding and compassionate to his employees. While CEO of ctms Travel which was a multinational company with offices in the United States, Canada and the UK, he always made himself accessible to all his employees, regardless of their position or title. He has a way about him of letting people know that they are important and that their voices and feelings really matter.

Tomer is an amazing human being who has taught me so much about being a father and the importance of faith. As lucky as I was to have had Tomer as a boss, I am even more blessed to be able to call Tomer one of my best friends.

I urge you to please show compassion in your decision regarding Tomer's fate. Being with his daughters is the biggest joy in his life and it is also crucial for his daughters.

Thank you for taking the time to read my letter.

Regards,

Robby Anthony




The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

Losing a father at such a young age has always made me feel like a piece of my heart was missing. Like that piece that has always longed for someone to show me love as I am their own. After becoming close with the Osovitzki family, my life was altered forever and that missing piece that caused me such loneliness was found. After the passing of my father, my mother was diagnosed with Brain Cancer and was in and out of the hospital for an immense amount of time. There were days where there was no food on the table and my brother and I would be alone with no other parent to be there for us. The one thing that I can say is the reason why I had groceries in my pantry was because of Tomer Osovitzki. Tomer made sure my family was okay at such a difficult time. He always welcomed my brother and I into his home with open arms whenever we did not want to sleep at home with no adult present. Furthermore, with my family's economic status, he never hesitates to buy me food whenever I am hungry and does not make me feel guilty while doing so. He does me numerous favors with a big humble attitude that I am so grateful for and I truly have no way of thanking him. Not only this, but this man always has a smile on his face and serves as such a great role model to his children and to me as well. He treats others with kindness and adores his children like I have never seen someone adore their children more. Tomer not only helped me throughout my adolescence, but he also helped me into becoming the adult I am today. Without his constant caring, I would not be attending the University of Miami studying to become a physician. Becoming a physician has always been a passion of mine but my journey almost came to an end due to my lack of a parental figure at home. With Tomer providing my brother and I with food and aiding our economical issues, I am confident in saying he is a major reason as to why I am where I am today. My brother is also now attending medical school at the Lincoln Memorial University-DeBusk College of Osteopathic Medicine and can undoubtedly agree that Tomer is a big reason as to why he is where he is today. Thus, all my life Tomer has shown me the type of man he is and never fails to be there for my family and I. Without him, I can say without a doubt, I would not be where I am today without him and his extreme generosity.

Thank you,
Luba Fux

Date: 12/01/2022                    Signature: *Luba Fux*

The Honorable Katherine Polk Failla

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY1007


Dear Judge Failla

Tomer is the son of my cousin sister.

my wife and me knows Tomer since he was a borne.

He grew up with a loving family, good education.

As a kid he was very smart with a big smile and big heart willing to do anything for friends and family.

He will do a lot for the homeless on the street give money and food, and if somebody has a problem, or got in to trouble he is the first one to help

I know he regrets deeply his involvement in this mater,

and on these special days of holidays, we pray and hop for a miracle to happened.

I can't even think how it will affect the most his parent and children.

I know that he learns his biggest lessen in life and will never go back to this direction.

We are asking kindly the dear judge faille to consider what we wrote.

We thank you and appreciate your time reding this letter.

Respectfully

Joseph &Rika Sternlib

818(5355924)

Woodland hills CA



**BrainStorm**
BRANDING

Wednesday, November 2, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

Tomer's wife is my wife's first cousin. I have known Tomer for twenty-one years. I socialized with Tomer and the family when I lived in Dallas, Texas. I would see him and the family when they visited for family events and religious holidays.

We moved to Tampa, Florida, in 2012, where we often visited and stayed with Tomer and the family in their South Florida home.

From day one, Tomer has always struck me as a great family man. I see how he instills good values in his children; they are all bright, well-behaved, loving, intelligent, and well-rounded. This does not happen by luck. Tomer and his wife Sharon have both participated in the upbringing of the children. We have witnessed countless Jewish holidays and family excursions in which Tomer was fully involved and attentive to his family, including mine. He is always well behaved in public, engaged in conversation, and a true gentleman.



For example, we have a large family, making accommodating a group of 15 or more a challenge. I see how he interacts with managers, servers, and other parents; he is always polite and graceful.

Tomer and I became involved in a business transaction in 2014 when he took a minor position in my start-up. My interaction with Tomer was smooth and enjoyable. He asked great questions during due diligence and always did what he said he would. For example, meeting paperwork deadlines, being on time for call and the transaction's close. He took a strong interest in our progress and was quick to offer feedback when needed.

I have known Tomer for twenty-one years, long enough to feel confident to respectfully ask for compassion in this case. Tomer is a well-meaning, reliable man who is, at the core, a good person.

Respectfully,

*Graeme Gordon*

GRAEME GORDON
CEO and Founder

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is David Betan, I am Tomer's uncle, and I was his employee for 10 years as an IT Manager at his travel company.

Tomer always treated everyone who work for the company with respect and walked the extra mile to ensure that everyone is happy at their job.

Most of our employees were women and although it was not an easy task, Tomer did everything in his power to ensure that their schedule is flexible so they can spend as much time with their families.

Tomer has a "hands-on" approach to the people surrounding him. He exudes compassion, always approachable with a listing ear finding solutions for people's issues.

I hope that my few words here give a glimpse at who Tomer is, as a really good human being with so much to contribute to his family and community.

Respectfully

David Betan

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

11/6/2022

Dear Judge Failla,

I am Edna Abramov, mother of Sharon Osovitzki, and the mother in law of Tomer, who has been married to Sharon for over 20 years.
I want to point out that I know Tomer very well, and since I met him I have seen a charming, kind-hearted, exemplary husband, and a good and dedicated father to the 4 daughters they have.
Tomer has a tremendous way of giving, he has always devoted his whole being to home and family and has given them the best life that husband and father can give.
He did his best, which included providing a beautiful home, trips that every woman and girl would ask for and much more.
Tomer always had a big heart, he loved to give and donate whether it was to charities, synagogues, rabbis, and also to people who needed his help,
Including me who got into debt, and Tomer without hesitation, helped me with all his heart, and always gave me as much as he could.
Tomer has a heart of gold, I have always loved him, and I do not forget his kindness and the Tomer that everyone loves and appreciates.
I know that sometimes things happen to a person in life, and what happened to Tomer I hope he will get through it in peace because he deserves it. He is a wonderful, honest, and decent person. That's his character, and he will always be.
I wish him success with all my heart, because he deserves all the best in the world!
Edna Abramov

December 2, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

Our names are David and Suzy Elster. We have been close friends with Tomer Osovitzki for over 20 years and each year the bond only gets stronger because of his caring personality, trustworthiness and because we love Tomer. We were both troubled and surprised to hear about Tamer's recent case as he has always been a solid person. It is for this reason that both Suzy and I are happy to write a letter of reference for Tomer Osovitzki regarding this matter. We understand the seriousness of this matter however, and hope the court will show compassion.

Tomer is a hardworking man who is disciplined and demonstrates a strong sense of duty, which he applies to his job, family and community and helped us countless times with anything we ever needed. Tomer has always been an integral part of his four daughters' lives by providing the support, love and guidance of a good father.

He is a man of his word and pleasant to everyone he encounters.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so we hope that our letter will help you understand Tomer's good-hearted character.

Respectfully,

David and Suzy Elster

SUZY ELSTER

DAVID ELSTER

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I am Daniel Sakhai, nephew of Tomer's wife, Sharon.

I have known Tomer since I was a young child, basically as long as I can remember.

Growing up, along the years, Tomer, Sharon and the kids would come visit us in Israel quite often, and also at times we would come visit them. In those times, we spent a significant amount of time together.

can sincerely say that I do not have a very large amount of memories from those times, but every memory I have of Tomer from growing up is a good memory.

He has always been really nice and welcoming to my brothers and I and he has always treated our part of the family with love and respect.

His relationship with his daughters is incredible and I can only wish that my future children will love me as much as they love him.

One memory that I will never forget with was probably around 10 years ago,

During one of their visits in Israel, Tomer picked me and my brother up from basketball practice. Sean, a friend of mine to this day, had hurt his knee falling off his bicycle outside the basketball court and Tomer was the first to get out of the car and went straight to help him take care of it. He even then bought him a soda and then gave him a ride home. Until this day my friend Sean and I remember that day and occasionally talk about it.

I truly and strongly believe Tomer is a kind person with a good heart and good intentions who is loved dearly by his family and those who know him.


Best regards,
Daniel Sakhai
422 W Riverside Dr.
Austin, TX, 78704

*Daniel Sakhai*

11/21/2022

Nov 29/2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse 40 Foley Square. New York, NY 10007

Dear Judge Failla

My name is Daniel Amuial. I am 65 years old. I am a resident of the state of Florida, I am an entrepreneur, a husband, a father, grandfather, and member of my community. I am writing on behalf of Tomer Osovitzki. I am aware of the facts at hand and that Tomer is facing certain charges including wire fraud.

I write to you today not with respect to Tamer's case, but rather, Tomer's character. The first words that come to mind when I hear Tomer's name are: a kind family man with a gentle soul-I was truly saddened and troubled by the news of his arrest.

I first met Tomer as my neighbor, living right down the street from my home. Noticing how he tends to his family; my family and I grew to know and appreciate his bright smile and incessant positive energy. Eventually I grew to know Tamer's entire family, including his parents, and we all grew closer over the years and remained great friends. I have personally watched Tomer open his home, family and generosity to all who come his way and am so impressed by his values and guidance as a father.

Again, I am truly troubled and surprised by Tamer's current situation. I humbly ask that the court takes this statement into consideration in its efforts to evaluate Tamer's character. I know that the life of his family and community are enriched by his presence.

Again, thank you for taking the time to review my statement. If you have any questions or if I can be of any help, please feel free to contact me at 305-804-4772.

Sincerely,

Daniel Amuial

11/29/22

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

I am Benjamin Sakhai, nephew of Tomer's wife, Sharon.
I've known Tomer ever since I remember when he was dating Sharon.
Tomer was always the fun and cool cousin. Tomer and I share a mutual interest in airplanes, and every time I visited Tomer, we would always enjoy flying simulators together.

Moving on in life to my young twenties, when I started working on my startup, Tomer had a lot of connections in the tech world; he went out of his way to help me make auspicious connections. Tomer always had this incredible passion for helping out whenever he could.

Visiting Miami over the years, no matter how busy he was, Tomer picked me up from the airport and ensured I was settled in and had everything I needed. He would care so much about making Sharon happy. And not to forget how much he cares about his daughters. Tomer was always there for his daughters, which means the world to him! I've never seen someone care so much about his children. It was/is inspiring to see so.

All this being said, I not only think but know that Tomer is a very loving and caring person; he's always had good intentions behind everything he did, and his family is vital to him, especially his daughters.

Kind Regards,

Benjamin Sakhai.

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla,

My name is Amelia Lancaster I have known Tomer Osovitzki for over 6 years now. We met in 2016, were acquainted socially, and became good friends.

Over the time I have known Tomer, He has proven to be generous with his time, very caring And compassionate to others.

In 2017 I was involved in a serious car accident in which I was rushed to the hospital and was unconscious and intubated. At that time Tomer was out of town on business and as I have no family living in Florida, Tomer had a friend go to the hospital so I would not be alone. Tomer staying in contact with my parents and sibling (Who at the time he never met before) to ensure that everyone had updates about my health condition throughout the duration of my stay. After I was released from the hospital, Tomer arranged for his friend to check on me and bring me food and helped me contact my family as I had lost my phone in the accident. He helped coordinate travel arrangements for my brother to arrive in Florida and stay with me while I recovered and continued to check in on me during this time. The way he handled this situation demonstrated to me and my family the depth of his concern and compassion for people. This was a very scary time for me as I woke up in a hospital not knowing what had happened or really who anyone was, when I woke up and was told my brother was on the way and my family had been informed it gave me a sense of ease and when I heard that Tomer was the one who did all this I was in shock. Tomer really went above and beyond for me, he did not have to help me to the extent he did. His efforts were purely from the kindness of his heart and my family and I will be forever grateful for him.

Over the years I've known Tomer, I've had the opportunity to spend time with many of his Family and friends. I've gotten to see for myself how much he truly cares for the people in his life and how much they care for him as well.

Tomer has such a special bond he has with his four daughters. They're always going to their father first with any concerns – relationships, school, work, health, etc. He is very involved in their lives and I believe it is so important for the girls to have their fathers presence and protection in their lives. Last year Tomer's eldest daughter made the choice to join the IDF, It wasn't so easy for her in the beginning she would call him upset and scared but he would speak with her everyday and give her the confidence and encouragement to continue and never give up and she is now doing amazing.
I've also had the opportunity to spend time with Tomer and his nephews and niece. They all absolutely adore him and vice versa, they always have a blast together whether he's teaching them their ABC's or building legos together.
I also got to meet Tomer's Grandparents the relationship he has with them is very special. He always visited with them as much as he possibly could. His Grandmother had suffered from dementia for many

years but she always knew who Tomer was, she would light up when she saw him and say it's Tomer my son. Unfortunately He lost her last December, that was an extremely difficult time as he said he felt like he lost a mother, not being able to go to her burial has been very difficult for him. He still calls his grandfather regularly to check in and has encouraged his brother to continue visiting while he cannot.

When friends and extended family members have difficult situations (relationship problems, divorce, job loss, etc.), I've seen firsthand that Tomer is the person they turn to for support, wisdom, guidance, and encouragement.

I've also had the opportunity to join Tomer in Volunteer work for our community. I joined him in sorting and packing food for the less fortunate.

After the shooting at Parkland high in 2018 Tomer offered support to the families of victims and survivors involved in the tragedy. When the Champlain Towers collapsed in 2021 he rushed to bring clothing and food for the families involved in the tragedy. These are a few examples of how selfless Tomer truly is, donating his time and money to help better peoples lives.

I am writing this to demonstrate The kind of person Tomer Osovitzki is and how he chooses every day to be the best version of himself. Tomer is an amazing, sensitive, selfless, kind and caring person with a genuine heart. No matter what is happening in his life Tomer always chooses to put everyone before himself no matter the circumstances because that is just Tomer. It truly encourages me to be the best I can be.

Thank you very much for the opportunity to share my thoughts.
Respectfully,

Amelia Lancaster
786-438-6818

The Honorable Katherine Polk Failla

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

Dear Judge Failla,

My name is Amadeus McCaskill and I've had the honor of being a personal friend of Tomer Osovitzki's for two years. In that time, I've witnessed countless acts of altruism and generosity. My own - *personal* - story, involves Tomer helping me move. In 2020, I had to move back into my family home due to Covid layoffs. The process of moving - as we all know - can be quite drawn out and frustrating. I was initially not going to ask anyone for help, but Tomer was the only person to ask if he *could* help. Not in the casual way that people often times mention helping, but in a sincere and genuine manner. We hadn't known each other for very long at that point, but I could tell that he was a kind and generous soul. He helped *me*, a person that he'd only recently met, move my entire life from one place to another; and never complained while doing so. Tomer offered perspective and life advice to me when I was at a very low point. The kind words Tomer offered were particularly appreciated as I had recently lost my grandfather.

I humbly submit the above with a request for compassion and leniency for my friend: Tomer Osovitzki. Over the past two years, I have also witnessed the effect the trial has had on Tomer and his family. The gravity of the situation has come with an appreciable amount of stress, which has led to many a sleepless night and a myriad of other stress related conditions. Justice - be it punitive or restorative - tends to look past rehabilitation in search of atonement. In doing so, the justice system overlooks the capacity for genuine change and growth in an individual; change that can make them an asset to their community and to the world at large. Tomer Osovitzki is a man changed via his involvement with the justice system; and I humbly beseech you, The Honorable Katherine Polk Failla, to consider Tomer's change and growth in this case.

Respectfully,

Amadeus McCaskill

The Honorable Katherine Polk Failla

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007


Dear Judge Failla,

Hello, my name is Julianna A Medina and I have been a friend to Tomer and his family for about 3 years. I must say that Tomer is an exemplary father, son and family man. From our first conversation, I could tell that his family was of the utmost importance to him. His dutiful nature as a son is impressive; his relationship with his daughters is admirable; and it is clear that Tomer plays a large part in all of their lives. However, his good nature is not just reserved for his family - as Tomer is one of the most selfless people that I know. He is the kind of person that will give you the shirt off of his back, and I've personally witnessed him go out of his way on multiple occasions to help those in need.

With the aforementioned in mind, I respectfully ask that you please have leniency on Tomer. As a Guardian ad Litem, I have had the unenviable task of monitoring families involved in the criminal justice system. I've had firsthand experience with people who, genuinely, did not deserve second (or third) chances; and Tomer Osovitzki is not one such individual. The amount of stress and uncertainty the entire ordeal has caused, looms over the family like a storm cloud; and Tomer is truly a changed and repentant man today. I humbly ask that you please lift this cloud of uncertainty, and allow Tomer to continue to serve his family and his community as a free man.


Respectfully,

Julianna A Medina



**LARGER THAN LIFE**
Improving the Quality of Life
of Israeli Children with Cancer

**Board of Trustees/U.S.A.**

Avi Cohen
*Chairman*

Everona Katzman
*Director*

Chaim Ben-Simon
*Director*

Netta Nathaniel
*Executive Director*

**Advisory Board**

Albert Nassim
Ariela Cotler
Linda Balass
Oren Ben Ezra
Sandra Divack Moss
David Nathaniel
Dr. Alexander J. Chou
Dr. Natalie Artzi
Dr. Jonathan Bank
Dr. Gady Har-El

November 14, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, New York, NY 10007

**Dear Judge Failla,**

Larger Than Life USA is a non profit organization that aims to improve the quality of life for children with cancer. Tomer Osovitzki and his family have been contributing donors and supporters of our organization since 2012.

Our organization helps families who have a child with cancer that arrive in the United States for life saving treatments. We also organize an annual Dream Trip to Florida for these sick children.

Mr. Osovitzki takes part and volunteers to assist us every year for the annual Florida Gala.

We appreciate all the help Mr. Osovitzki has given to the organization; he was very helpful to our charity, volunteered and participated in our social events. We thank him for the generosity and kindness he always showed to us.

As a result of his good deeds, many children of Larger Than Life USA received help and support, and he succeeded in making them happy.

Sincerely,

Netta Nathnaiel
Execurive Director

54-15 35th Street • Long Island City, NY 11101 • Tel: 888-644-4040
Email: largerthanlifeusa@gmail.com          www.largerthanlifeusa.org