B"H



THE ALEPH INSTITUTE

NATIONAL HEADQUARTERS
9540 Collins Avenue, Surfside, FL 33154
Phone: (305) 864-5553

WEST COAST BRANCH
4221 Wilshire Blvd, #170-6
Los Angeles, CA 90010
Phone: (424) 210-3685
www.aleph-institute.org

**Rabbi Yossi Bryski**
ybryski@aleph-institute.org

**Chairperson / Founder**
Rabbi Sholom D. Lipskar
**President**
Lloyd S. Rubin
**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
Eric Stein
Sylvia Urlich
**Executive Director**
Rabbi Aaron Lipskar
**Director of Operations**
Moshe N. Barouk
**Director of Outreach Programs**
Rabbi Menachem M. Katz
**Director of Military Programs**
Rabbi Sanford L. Dresin
**Director of Advocacy**
Rabbi Zvi Boyarsky
**Director of Outreach Programs**
Rabbi Shua Brook
**Chief Financial Officer**
Yosie Lipskar

December 22, 2022

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Tomer Osovitzki*
Case No. 19-CR-794(KPF)

Dear Judge Failla:

I write on behalf of the Aleph Institute ("Aleph"), with respect and deference to the Court, regarding the sentencing of Mr. Tomer Osovitzki.

Through our work with Tomer, as well as with his family and friends, we have had an opportunity to understand him as a complete person, separate and apart from his criminal conduct, and we have seen all the good of which he is capable. We are aware of the nature and circumstances of his offenses, and we acknowledge that his actions were inexcusable. We have counseled him as he faced all the challenges resulting from his conduct and we have supported him as he engaged in efforts to learn and grow from his experiences.

Tomer has already begun to use the incredibly painful experience initiated by his criminal conduct to better himself, as well as to help others. We believe that he is already having a positive impact on others but the impact on his own psyche has been even greater. He has begun to internalize why his conduct was so wrong and how he can use the insights he has gained to help others and to become a better person. Tomer has a tremendous desire to get involved – **he has re-directed his efforts from the**



**negative behavior that resulted in his conviction, towards positive action by helping his community.** In our interactions with Tomer, we see that he is learning and listening, and has changed as a person.

Tomer has already demonstrated a tremendous commitment to giving back to his community through volunteering and community service. After the 2021 collapse of the Champlain Towers in Surfside, Florida, Tomer worked with the Aventura Police Department to provide clothing, food and water to residents who had become homeless.

Two organizations that are particularly close to Tomer's heart are Jafco Children's Village[1] and Larger than Life USA.[2] Jafco's mission is to provide care, safety and support to children and their families within the Jewish community and beyond who are impacted by abuse, neglect, trauma, or developmental disabilities, thereby giving every child a place to belong. Jafco is an orphanage that takes in children from all ethnic backgrounds and helps children who need special assistance or care. Tomer began working with Jafco in 2021, "sorting gifts and donations, to being part of their events/carnivals for children," and most recently, on a weekly basis, providing administrative assistance at the facility. Tomer describes the time he has spent volunteering at Jafco as a "life-changing experience."

Larger than Life USA is a nonprofit organization that helps seriously ill children with cancer (and their families) cope with their fears, treatments, and social isolation, providing "Dream Trips" and many more family activities. Dream Trips provide families with opportunities to take fun and exciting trips to Orlando, Los Angeles, or Israel; attend summer camps; and enjoy holiday events like Purim, Sukkot, and Passover with a loving and supportive community that understands the challenges they are facing. Tomer began volunteering with Larger than Life USA in 2011.

In addition to Jafco Children's Village and Larger than Life USA, Tomer currently volunteers with Feeding South Florida.[3] Feeding South Florida is the largest, most efficient food bank serving Palm Beach, Broward, Miami-Dade, and Monroe Counties, Florida. Through innovative direct-service programs and a network of nonprofit partner agencies, in 2021, Feeding South Florida distributed nearly 176 million pounds of food (146 million meals) to over 1.4 million individuals. Tomer has been volunteering, packaging meals and necessities for families across South Florida.

---

[1] www.jafco.org.

[2] www.largerthanlifeusa.org.

[3] www.feedingsouthflorida.org.



He writes, "this was a tremendous experience for me. I had the opportunity not only to in fact save food from going to waste but even more so package and sort and be part of something extraordinary, feeding the less fortunate." Tomer hopes to continue to engage with Feeding South Florida and other opportunities to give back to his community.

Tomer is painfully aware that his actions were terribly wrong, and he longs to make amends. He has learned a tremendous amount about himself since his conduct, and he accepts responsibility for his actions. He is an asset to his family, his friends, and his community, and there are so many people who would suffer in his absence. Tomer is deeply committed to his sobriety, and he realizes that he must remain sober in order continue on the path of personal growth and rehabilitation that he has already begun.

With the utmost respect and admiration for Your Honor's wise and compassionate decisions, I hope and pray that this letter will receive the consideration that will produce satisfactory results for society and for Tomer.

With gratitude and prayerful wishes for all good.


Respectfully submitted,


/s/ Yossi Bryski


Rabbi Yossi Bryski
Director of Alternative Sentencing
The Aleph Institute