**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

June 13, 2025

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**BY ECF**

            Re: <u>United States v. Tomer Osovitzki</u>
               19 Cr.794 (KPF)

Dear Judge Failla:

  Tomer Osovitzki ("Osovitzki") is currently on supervised release under the supervision of the Probation Office in the Southern District of Florida ("Probation"). Osovitzki respectfully requests permission to travel internationally with his family to first see his son who lives in Israel and then for business at several location in Europe from June 21, 2025 through July 15, 2025. Should the motion be granted, he will provide a detailed itinerary to Probation prior to his departure. His travel schedule will be roughly as set forth below:

Jun 21st – Miami to TLV   (Staying with Family)
July 5 – TLV to Warsaw (work)
July 7 – Warsaw to Madrid (Work)
July 9 – Madrid to London (Work)
July 12 – London to Dublin (Work)
July 15 – Back to Miami.

The government, by Assistant United States Attorney Jeffrey Coffman, consents to the requested travel. Probation, by United States Probation Officer Trent Tucker, consents as well except for the Tel Aviv portion of the travel. This reservation is not based on any factor specifically related

to Osovitzki and is made only because the Department of State has labeled travel to Israel as "Level 3: Reconsider travel - Contains Areas with Higher Security Risk."

Thank you for Your Honor's consideration of this application.

Very truly yours

*Sanford Talkin*

Sanford Talkin

cc:  AUSA Jeffrey Coffman (by ECF)
     USPO Trent Tucker (by email)

```
Application GRANTED.  Mr. Osovitzki shall provide a detailed
itinerary to Probation prior to his departure.  The Court wishes
Mr. Osovitzki safe travels.

The Clerk of Court is directed to terminate the pending motion at
docket entry  156.

Dated:    June 13, 2025                 SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE