**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

October 30, 2025

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**BY ECF**

Re:  United States v. Tomer Osovitzki
     19 Cr.794 (KPF)

Dear Judge Failla:

      Tomer Osovitzki ("Osovitzki") is currently on supervised release under the supervision of the Probation Office in the Southern District of Florida ("Probation"). His supervision is set to expire on January 1, 2026. Osovitzki respectfully requests permission to travel to Israel from December 10, 2025 through approximately January 3, 2026 to visit his daughter and to set up the Tel Aviv office of his business. Probation, by United States Probation Officer Trent Tucker, consents as to the application so long as Osovitzki makes his October, November, and December restitution payments as scheduled. . The government has not yet replied to my inquiry regarding its position on this trip.

      Thank you for Your Honor's consideration of this application.

Very truly yours

*Sanford Talkin*
Sanford Talkin

cc:  AUSA Jeffrey Coffman (by ECF)
     USPO Trent Tucker (by email)

Application GRANTED on the Court's understanding that Mr. Osovitzki will make his restitution payments as scheduled.

The Clerk of Court is directed to terminate the pending motion at docket entry 159.

Dated:    October 31, 2025            SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE